# EXHIBIT 1

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tales of Suspense | #52 | 1 | 1/10/1964 | MCI | B86107 |
| Tales of Suspense | #53 | 1 | 2/11/1964 | MCI | B93260 |