| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DANIEL M. PETROCELLI<br>O'MELVENY & MYERS, LLP<br>1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067<br>(310) 553-6700 | |
| ATTORNEY(S) FOR:  Marvel Characters, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.<br><br>Plaintiff(s),<br>v.<br>MICHELE HART-RICO and BUZ DONATO F. RICO III<br><br>Defendant(s) | CASE NUMBER:<br>2:21-CV-7624<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Marvel Characters, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The Walt Disney Company | Parent Company |

9/24/2021
Date

/s/ Daniel M. Petrocelli
Signature

Attorney of record for (or name of party appearing in pro per):

DANIEL M. PETROCELLI