Marc Toberoff (CA State Bar No. 188547)
   *mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Defendants,
Michele Hart-Rico and Buz Donato F. Rico III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>  Defendants. | Case No. 2:21-cv-07624-DMG-KES<br><br>**NOTICE OF APPEARANCE OF MARC TOBEROFF**<br><br>The Honorable Dolly M. Gee |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Marc Toberoff of the law firm of Toberoff & Associates, P.C., located at 23823 Malibu Road, Suite 50-363, Malibu, CA 90265, hereby appears as an attorney of record on behalf of Defendants Michele Hart-Rico and Buz Donato F. Rico III in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

DATED: October 12, 2021      TOBEROFF & ASSOCIATES, P.C.

By: */s/ Marc Toberoff*
     Marc Toberoff

Attorneys for Defendants Michele Hart-Rico and Buz Donato F. Rico III

---

1

NOTICE OF APPEARANCE