DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

KENDALL TURNER (S.B. #310269)
kendallturner@omm.com
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Plaintiff*
*Marvel Characters, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 83-1.4.2** |

Pursuant to Civil Local Rule 83-1.4.2, Plaintiff Marvel Characters, Inc. ("Marvel") hereby gives notice of the pendency of the following actions in the U.S. District Courts for the Southern and Eastern Districts of New York involving a material part of the same subject matter as the above-captioned action: *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.).

## 1. Description of the Actions

Marvel has filed five related actions, including the above-captioned complaint, for declaratory relief to adjudicate the invalidity of a series of copyright termination notices recently served on Marvel by several of its former comic book writers and artists and their heirs. All five actions concern whether these writers and/or artists created the relevant works as works made for hire under the 1909 Copyright Act, such that these works are not subject to the 1976 Copyright Act's termination provisions.

## 2. Case Information for the Related Actions

The actions *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK, *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK, and *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK, which are pending in the U.S. District Court for the Southern District of New York, have been deemed related and are all assigned to Judge Lewis A. Kaplan. The action *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM, is pending in the U.S. District Court for the Eastern District of New York before Judge Diane Gujarati.

Marvel is the sole plaintiff in each action. It is represented by Daniel M. Petrocelli, Molly M. Lens, and Danielle Feuer of O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA 90067, telephone number

(310) 553-6700; Allen W. Burton of O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square, New York, NY 10036, telephone number (212) 326-2282; and Kendall Turner of O'Melveny & Myers LLP, located at 1625 I Street NW, Washington, DC 20006, telephone number (202) 383-5300.

The defendants in the related actions are, respectively: Lawrence D. Lieber; Patrick S. Ditko, in his capacity as Administrator of the Estate of Stephen J. Ditko; Keith A. Dettwiler, in his capacity as Executor of the Estate of Donald L. Heck; and Nanci Solo and Erik Colan.  They are represented by Marc Toberoff of Toberoff & Associates, P.C., located at 23823 Malibu Road, Suite 50-363, Malibu, CA 90265, telephone number (310) 246-3333.

### 3. Relationship of the Actions

All five cases concern substantially similar parties (who are all represented by the same counsel of record in each case):  Marvel is the plaintiff and the defendants are comic book artists and/or writers (and their heirs) who were largely supervised by the same Marvel employee, Stan Lee.  All of the defendants recently sent copyright termination notices to Marvel purporting to exercise certain termination rights under the Copyright Act, and, in each action, Marvel brings a claim for declaratory relief that the corresponding notice(s) are invalid. Additionally, all five cases concern substantially similar property: copyrights in certain comic books and characters.  The above-captioned case, like all three cases filed in the Southern District of New York, concerns rights to the character Iron Man.  And it involves all of the same characters as the case against defendant Dettwiler in the Southern District of New York; in fact, Dettwiler and the defendants in this case served a joint termination notice on Marvel.  All five cases also concern substantially similar transactions: Marvel's work-for-hire arrangements with artists and writers in the 1960s and 1970s.  Because the cases have significant factual and legal overlap, they also rely on much of the same

1  evidence which includes proof that the artists and writers created their work at
2  Marvel's instance and expense.
3
4  Dated: October 27, 2021                  Respectfully Submitted,
5
6                                            **O'MELVENY & MYERS LLP**
7
8                                            By: */s/ Daniel M. Petrocelli*
                                             Daniel M. Petrocelli
9                                            
                                             Daniel M. Petrocelli
10                                           dpetrocelli@omm.com
                                             Molly M. Lens
11                                           mlens@omm.com
                                             Danielle Feuer
12                                           dfeuer@omm.com
                                             1999 Avenue of the Stars, 8th Floor
13                                           Los Angeles, California  90067
                                             Telephone: (310) 553-6700
14                                           Facsimile: (310) 246-6779

15                                           Kendall Turner
                                             kendallturner@omm.com
16                                           1625 I Street NW
                                             Washington, DC 20006
17                                           Telephone: (202) 383-5300
                                             Facsimile: (202) 383-5414
18                                           *Attorneys for Plaintiff Marvel
                                             Characters, Inc.*
19
20
21
22
23
24
25
26
27
28