Danielle R. Feuer
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> MICHELLE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:21-cv-007624-DMG-KES <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Burton, Allen W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 326-2282   (212) 326-2061
*Telephone Number*   *Fax Number*

aburton@omm.com
*E-Mail Address*

of  O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Marvel Characters, Inc.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Feuer, Danielle R.
*Designee's Name (Last Name, First Name & Middle Initial)*

324174   (213) 430-6292   (213) 430-6407
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dfeuer@omm.com
*E-Mail Address*

of  O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge