# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff(s) <br> v. <br><br> MICHELLE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendant(s). | CASE NUMBER <br><br> CV 21-7624-DMG (KESx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Burton, Allen W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 326-2282    (212) 326-2061
*Telephone Number    Fax Number*

aburton@omm.com
*E-Mail Address*

of  O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Marvel Characters, Inc.

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Feuer, Danielle R.
*Designee's Name (Last Name, First Name & Middle Initial)*

324174    (213) 430-6292    (213) 430-6407
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

dfeuer@omm.com
*E-Mail Address*

of  O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: November 5, 2021

_____
**Dolly M. Gee, U.S. District Judge**