1  Marc Toberoff (S.B. #188547)
   *mtoberoff@toberoffandassociates.com*
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4  Facsimile: (310) 246-3101

5  Attorneys for Defendants,
   Michele Hart-Rico and
6  Buz Donato F. Rico III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No. 2:21-cv-07624-DMG |
| Plaintiff, | Hon. Dolly M. Gee |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Defendants. | Complaint Served: September 24, 2021 |
| | Current Response Date: November 29, 2021 |
| | New Response Date: December 6, 2021 |

| | |
|---|---|
| 1 | WHEREAS, defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants") response to the Complaint filed in this matter by plaintiff Marvel Characters, Inc. ("Plaintiff") is currently due November 29, 2021, shortly after the Thanksgiving Holiday; |
| 5 | WHEREAS, Defendants therefore requested a one (1) week extension to respond to the Complaint; and |
| 7 | WHEREAS, this is Defendants' first request for such an extension; |
| 8 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective counsel of record, pursuant to Local Rule 8-3, that the date for Defendants to respond to the Complaint shall be extended by one (1) week to December 6, 2021. |

Date: November 26, 2021                    Respectfully submitted,

By: _____/s/ Marc Toberoff_____
              Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
mtoberoff@toberoffandassociates.com
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants Michele Hart-Rico and Buz Donato F. Rico III*

Date: November 26, 2021                    Respectfully submitted,

**O'MELVENY & MYERS LLP**

By: _____/s/ Daniel M. Petrocelli_____
              Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens

- 1 -        STIPULATION TO EXTEND TIME
             TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | mlens@omm.com |
| 2 | Danielle Feuer |
|  | dfeuer@omm.com |
| 3 | 1999 Avenue of the Stars, 8th Floor |
|  | Los Angeles, California 90067 |
| 4 | Telephone: (310) 553-6700 |
| 5 | Facsimile: (310) 246-6779 |
| 6 | Allen W. Burton |
| 7 | aburton@omm.com |
|  | Times Square Tower |
| 8 | 7 Times Square |
|  | New York, NY 10036 |
| 9 | Telephone: (212) 326-2000 |
| 10 | Facsimile: (212) 326-2061 |
| 11 |  |
|  | Kendall Turner |
| 12 | kendallturner@omm.com |
| 13 | 1625 I Street NW |
|  | Washington, DC 20006 |
| 14 | Telephone: (202) 383-5300 |
| 15 | Facsimile: (202) 383-5414 |

*Attorneys for Plaintiff Marvel Characters, Inc.*