| Case No. 2:21-cv-07624-DMG-KES | | Case Name: Marvel Characters, Inc. v. Hart-Rico et al. | |
|---|---|---|---|

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** [ ] Court [ ] Jury<br><br>Duration Estimate: Five (5) days | N/A<br><br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | May 9, 2023<br><br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | April 8, 2022 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | November 18, 2022 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | February 20, 2023 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | November 28, 2022 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | December 16, 2022 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | January 16, 2023 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | April 11, 2023 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | April 11, 2023 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | April 25, 2023 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | See Joint Report |

**EXHIBIT A**

---

[3]Trials commence on Tuesdays. Final pretrial conferences are held on Tuesdays.