# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARVEL CHARACTERS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>MICHELE HART–RICO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–07624–DMG–KES<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    12/6/2021

Document Number(s):    22

Title of Document(s):    Defendants' Answer and Counterclaim

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: December 8, 2021                    By: _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**