| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>MARC TOBEROFF<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>(310) 246-3333<br><br>ATTORNEY(S) FOR: Michele Hart-Rico and Buz Donato F. Rico III | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.<br><br>Plaintiff(s),<br>v.<br>MICHELE HART-RICO and BUZ DONATO F. RICO III<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-CV-7624<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Michele Hart-Rico and Buz Donato F. Rico III_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None | Not Applicable |

| | |
|---|---|
| December 9, 2021<br>Date | /s/ Marc Toberoff<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Michele Hart-Rico and Buz Donato F. Rico III

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**