1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  *Attorneys for Plaintiff and Counterclaim-
   Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No. 2:21-cv-07624-DMG-KES |
| Plaintiff, | **STIPULATION FOR ORDER EXTENDING TIME FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT MARVEL CHARACTERS, INC. TO RESPOND TO THE COUNTERCLAIM** |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | Judge:  Hon. Dolly M. Gee |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

ALLEN W. BURTON (admitted *pro hac vice*)
aburton@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

KENDALL TURNER (S.B. #310269)
kendallturner@omm.com
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(ctd.)*

# STIPULATION

**WHEREAS**, defendants Michele Hart-Rico and Buz Donato F. Rico III (the "Rico Heirs") filed and served on plaintiff Marvel Characters, Inc. ("MCI") an Answer and Counterclaim ("Counterclaim") in this matter on December 6, 2021;

**WHEREAS**, MCI's deadline to respond to the Counterclaim is currently set for December 27, 2021, in the middle of the winter holidays;

**WHEREAS**, MCI therefore requested an extension of time to respond to the Counterclaim up through and including January 19, 2022, and the Rico Heirs agreed to such request; and

**WHEREAS**, this is MCI's first request for such an extension;

**IT IS HEREBY STIPULATED AND AGREED**, by and between MCI and the Rico Heirs, through their respective counsel of record, subject to the Court's approval, that the date for MCI to respond to the Counterclaim shall be extended up through and including January 19, 2022.

| | |
|---|---|
| Dated: December 17, 2021 | **O'MELVENY & MYERS LLP**<br><br>By: /s/ Daniel M. Petrocelli<br>Daniel M. Petrocelli<br><br>Daniel M. Petrocelli<br>dpetrocelli@omm.com<br>Molly M. Lens<br>mlens@omm.com<br>Danielle Feuer<br>dfeuer@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Allen W. Burton (admitted *pro hac vice*)<br>aburton@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>Kendall Turner<br>kendallturner@omm.com<br>1625 I Street NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>*Attorneys for Marvel Characters, Inc.* |

Dated:  December 17, 2021

**TOBEROFF & ASSOCIATES, P.C.**

By: _____
          Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III*