**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No. CV 21-7624-DMG (KESx) |
| Plaintiff, | **ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT MARVEL CHARACTERS, INC. TO RESPOND TO THE COUNTERCLAIM [26]** |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

The Court has reviewed and considered the Parties' Stipulation for an order extending the time for plaintiff and counterclaim-defendant Marvel Characters, Inc. to respond to the Counterclaim.  The Court hereby **APPROVES** the Stipulation and **ORDERS** that the date for Marvel Characters, Inc. to respond to the Counterclaim shall be extended up through and including January 19, 2022.

**IT IS SO ORDERED.**

DATE: December 20, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE