Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 21-7624-DMG (KESx)   Title: Marvel Characters, Inc. v. Michele Hart-Rico, et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| TRIAL   [ ] Court   [x] Jury<br>Duration Estimate: 5 days | 6-6-23<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 5-9-23<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 4-8-22 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 11-18-22 |
| Initial Expert Disclosure & Report Deadline | 11-28-22 |
| Rebuttal Expert Disclosure & Report Deadline | 12-16-22 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 1-16-23 |
| Motion Cut-Off   (filing deadline)<br>Last hearing date for dispositive motions | 2-10-23<br>3-17-23 |
| Settlement Conference Completion Date | 4-11-23 |
| Joint Status Report re Settlement | 4-18-23 |
| Motions in Limine Filing Deadline | 4-11-23 |
| Opposition to Motion in Limine Filing Deadline | 4-25-23 |
| Proposed Pretrial Conference Order | 4-18-23 |
| Contentions of Fact/Law | 4-18-23 |
| Pretrial Exhibit Stipulation | 4-18-23 |
| Joint Exhibit List | 4-18-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 4-18-23 |
| Agreed Statement of the Case | 4-18-23 |
| Proposed Voir Dire Questions | 4-18-23 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 4-18-23 |
| Verdict Forms | 4-18-23 |