1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  *Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No. 2:21-cv-07624-DMG-KES |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SUBPOENAS AND SUBPOENA RESPONSES** |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Defendants. | Judge: Hon. Dolly M. Gee |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

[PROPOSED] ORDER

ALLEN W. BURTON (admitted *pro hac vice*)
aburton@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

KENDALL TURNER (S.B. #310269)
kendallturner@omm.com
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(ctd.)*

**[PROPOSED] ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation for an order deeming any third-party subpoena and related notice of subpoena served in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and/or *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.), and all responses served, documents produced, and/or testimony provided in response to such third-party subpoena, to have been properly served in the above-caption action.

The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** that any third-party subpoena and related notice of subpoena served in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and/or *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.), and all responses served, documents produced, and/or testimony provided in response to such third-party subpoena, shall be deemed to have been properly served in the above-caption action.

**IT IS SO ORDERED.**

Dated: April __, 2022

                                                              Hon. Dolly M. Gee
                                                             United State District Judge