DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>       Defendants. | Case No. 2:21-cv-07624-DMG-KES<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING SUBPOENAS AND SUBPOENA RESPONSES**<br><br>Judge: Hon. Dolly M. Gee |
| MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>       Counterclaimants,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>       Counterclaim-Defendants. | |

1    ALLEN W. BURTON (admitted *pro hac vice*)
     aburton@omm.com
2    O'MELVENY & MYERS LLP
     Times Square Tower
3    7 Times Square
     New York, NY 10036
4    Telephone:    (212) 326-2000
     Facsimile:    (212) 326-2061
5
     KENDALL TURNER (S.B. #310269)
6    kendallturner@omm.com
     O'MELVENY & MYERS LLP
7    1625 I Street NW
     Washington, DC 20006
8    Telephone:    (202) 383-5300
     Facsimile:    (202) 383-5414
9
     *Attorneys for Plaintiff and Counterclaim-*
10   *Defendant Marvel Characters, Inc.*
     *(ctd.)*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

1

## [PROPOSED] ORDER

2      The Court has reviewed and considered the Parties' Joint Stipulation for an

3  order deeming any third-party subpoena and related notice of subpoena served in

4  *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel*

5  *Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel*

6  *Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and/or *Marvel*

7  *Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.), and all

8  responses served, documents produced, and/or testimony provided in response to

9  such third-party subpoena, to have been properly served in the above-caption

10  action.

11      The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** that any

12  third-party subpoena and related notice of subpoena served in *Marvel Characters,*

13  *Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v.*

14  *Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*,

15  No. 1:21-cv-07959-LAK (S.D.N.Y.); and/or *Marvel Characters, Inc. v. Solo*, No.

16  1:21-cv-05316-DG-TAM (E.D.N.Y.), and all responses served, documents

17  produced, and/or testimony provided in response to such third-party subpoena,

18  shall be deemed to have been properly served in the above-caption action.

19      **IT IS SO ORDERED.**

20

21      Dated:  April 19, 2022

22                                                        _____
                                                          Hon. Karen E. Scott
23                                                        United State Magistrate Judge

24

25

26

27

28