Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **NOTICE OF MOTION AND JOINT STIPULATION ON THE RICOS' MOTION TO COMPEL MARVEL CHARACTERS, INC.'S PRODUCTION OF DOCUMENTS** <br><br> Hearing Date: September 6, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 6D <br><br> Non-expert Discovery Cutoff: November 18, 2022 <br> Pretrial Conf.: May 9, 2023 <br> Trial: June 6, 2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 6, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, Courtroom 6D, the Honorable Karen E. Scott presiding, Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (collectively, the "Ricos") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 26 and 34, for an order compelling Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. ("Marvel") to produce all non-privileged, documents responsive to the Ricos' Requests for Production of Documents ("RFPs").

Pursuant to Local Rule 37-2, the parties respectfully submit their Joint Stipulation on the Ricos' Motion to Compel Marvel Characters, Inc.'s Production of Documents filed concurrently herewith. The Ricos' Motion is made following the conferences of counsel pursuant to Local Rules 7-3 and 37-1 which took place on March 24, April 21, May 11, and May 26, 2022.

The Ricos' Motion is made on the grounds that Marvel has failed to make reasonably diligent searches of its physical and its electronic files and has produced almost no documents responsive to the Ricos' RFPs in certain critical categories pertaining to Don Rico, Stan Lee ("Lee"), and the two original comic book stories in question, entitled "The Crimson Dynamo Strikes Again!" and "The Black Widow Strikes Again!" (the "Works"). Such documents are relevant to Marvel's revisionist work-for-hire defense, for which it carries the burden.

Accordingly, the Ricos respectfully request this Court order Marvel to produce all non-privileged, responsive documents in the categories as follows: (i) Agreements between Marvel and Don Rico from 1962 to 1967 (the "Focus Period"); (ii) Documents concerning payments to and the tax treatment of Don Rico and Lee in the Focus Period; (iii) Documents evidencing Marvel's alleged

right to control Don Rico's creation of the Works; (iv) Correspondence with Lee concerning Don Rico; (v) Documents evidencing Don Rico and Lee's working status with Marvel; and (vi) Plots, scripts, or outlines relating to the Works.

The Ricos further seek an order of this Court compelling Marvel to search each repository at which it, or any of the Marvel Entities[1], store physical documents which might be responsive to the Ricos' RFPs and further, to search each electronic database in which it, or any of the Marvel Entities, store documents electronically which might be responsive to the Ricos' RFPs by using, without limitation, the following search terms: Donato Francisco Rico II, Dan Rico, Donella St. Michaels, Donna Richards, Joseph Milton, N. Korok, The Crimson Dynamo Strikes Again, The Black Widow Strikes Again, Crimson Dynamo, Black Widow, Madame Natasha, Iron Man, Happy Hogan, Golden Avenger, Boris, Anton Vanko, Tony Stark, Tales of Suspense, Vista Publications, Inc., and Vista.

The Ricos also request that this Court order Marvel to execute a due diligence declaration describing with specificity (i) where and how it searched for physically stored documents, (ii) where and how it searched for electronically stored documents, and (iii) affirming that it has already, or will produce all non-privileged, responsive documents in its possession, custody, or control.

This Motion is based on this Notice of Motion, the parties' Joint Stipulation, the concurrently filed Declaration of Marc Toberoff, all of the pleadings, files, and records in this proceeding, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

---

[1] "Marvel Entities" means Marvel, its parent (The Walt Disney Company), and/or its subsidiaries or affiliates (including without limitation, Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Studios LLC, MVL Rights, LLC, MVL Development, LLC, and Marvel Animation Inc.).

| | | |
|---|---|---|
| Date: August 16, 2022 | Respectfully submitted, | |
| | **TOBEROFF & ASSOCIATES, P.C.** | |
| | By: <u>*/s/ Marc Toberoff*</u><br>    Marc Toberoff | |
| | *mtoberoff@toberoffandassociates.com*<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101 | |
| | *Attorneys for Michele Hart-Rico and<br>Buz Donato F. Rico III, heirs of<br>Donato Francisco Rico II* | |