Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **[PROPOSED] ORDER COMPELLING MARVEL CHRACTERS, INC. TO PRODUCE DOCUMENTS** |

This matter came before the Court upon the Motion of Defendants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos") for an Order Compelling Plaintiff Marvel Characters, Inc. ("Marvel") to Produce Documents (the "Motion").

The Court finds that the Ricos' Requests for Production of Documents ("RFPs") seek documents which are directly relevant to Marvel's alleged work-for-hire defense.

The Court further finds that Marvel appears to maintain documents spread across its corporate tree and that documents responsive to the Ricos' RFPs are likely in the possession, custody, or control of Marvel, its parent (The Walt Disney Company), or its subsidiaries or affiliates (including without limitation, Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Studios LLC, MVL Rights, LLC, MVL Development, LLC, and Marvel Animation Inc.) (collectively, the "Marvel Entities").

The Court further finds that Marvel has sufficient "control" over the Marvel Entities to obtain documents which are in the possession, custody, or control of the Marvel Entities.

The Court further finds that Marvel's search efforts have not satisfied its discovery obligations under the Federal and Local Rules as such searches were not conducted reasonably nor diligently.

The Court, having considered the parties' moving papers and joint stipulation and finding good cause, hereby GRANTS the Ricos' Motion and ORDERS as follows:

1. Marvel is ORDERED to produce all non-privileged documents in its possession, custody, or control responsive to the Ricos' RFP Nos. 1-2, 4, 6-11, 17-18, 25-27, 29-32, 37-38, and 46-47 and a privilege log, if necessary, within twenty-one (21) days from the date of this Order.

2. Marvel is ORDERED to search each repository at which it, or any of the Marvel Entities, store physical documents which might be responsive to the Ricos' RFPs.

3. Marvel is ORDERED to search each electronic database in which it, or any of the Marvel Entities, store documents electronically which might be responsive to the Ricos' RFPs.

4. Marvel is ORDERED to search for electronic documents using, without limitation, the following search terms:

  a. Donato Francisco Rico II
  b. Dan Rico
  c. Donella St. Michaels
  d. Donna Richards
  e. Joseph Milton
  f. N. Korok
  g. The Crimson Dynamo Strikes Again
  h. The Black Widow Strikes Again
  i. Crimson Dynamo
  j. Black Widow
  k. Madame Natasha
  l. Iron Man
  m. Happy Hogan
  n. Golden Avenger
  o. Boris
  p. Anton Vanko
  q. Tony Stark
  r. Tales of Suspense
  s. Vista Publications, Inc.
  t. Vista

5. Marvel is FURTHER ORDERED to execute, within twenty-one (21) days from the date of this Order, a due diligence declaration describing with specificity (i) where and how it searched for physically stored documents, (ii) where and how it searched for electronically stored documents, and (iii) affirming that it has already, or will produce all non-privileged, responsive documents in its possession, custody, or control.

IT IS SO ORDERED.

Dated: _____    _____
HONORABLE KAREN E. SCOTT
U.S. MAGISTRATE JUDGE