Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **DECLARATION OF MARC TOBEROFF IN SUPPORT OF THE RICOS' MOTION TO COMPEL MARVEL CHARACTERS, INC.'S PRODUCTION OF DOCUMENTS** <br><br> Date: September 6, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 6D <br> Non-expert Discovery Cutoff: November 18, 2022 <br> Pretrial Conf.: May 9, 2023 <br> Trial: June 6, 2023 |

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a Principal of the law firm Toberoff & Associates, P.C., counsel of record for Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos"). I submit this Declaration in support of the Ricos' Motion to Compel Marvel Characters, Inc's ("Marvel") Production of Documents ("Motion"). Except where otherwise stated, I have personal knowledge of the facts set forth herein and if called as a witness could and would so testify.

2. Submitted herewith as "Exhibit 1" is a true and correct copy of Marvel's Complaint for Declaratory Relief (Dkt. 1) filed in this case.

3. Submitted herewith as "Exhibit 2" is a true and correct copy of Defendants' Answer and Counterclaim (Dkt. 22) and Exhibit A thereto (Dkt. 22-1) filed in this case.

4. Submitted herewith as "Exhibit 3" is a true and correct copy of Rico Defendants' First Set of Requests for Production of Documents to Plaintiff Marvel Characters, Inc.

5. Submitted herewith as "Exhibit 4" is a true and correct copy of Marvel Characters, Inc.'s Responses and Objections to the Rico Defendants' First Set of Requests for Production of Documents.

6. Submitted herewith as "Exhibit 5" is a true and correct copy of Marvel Characters, Inc.'s Supplemental Responses and Objections to the Rico Defendants' First Set of Requests for Production of Documents.

7. Submitted herewith as "Exhibit 6" is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents to Defendant and Counterclaimant Buz Donato F. Rico III.

8. Submitted herewith as "Exhibit 7" is a true and correct copy of a document produced by Marvel in this case with bates stamp number 2021MARVEL-0005054.

9. Submitted herewith as "Exhibit 8" is a true and correct copy of a document produced by Larry Lieber in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.) with bates stamp number LIEBER-0020.

10. Submitted herewith as "Exhibit 9" is a true and correct copy of a document produced by the Ricos in this case with bates stamp number RICO-0006.

11. The parties' counsels held meet-and-confer telephone conferences on March 24, April 21, May 11, and May 26, 2022.

12. Submitted herewith as "Exhibit 10" is a true and correct copy of correspondence my colleague, Mr. Jaymie Parkkinen, sent to Marvel's counsel dated March 16, 2022.

13. Submitted herewith as "Exhibit 11" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated April 12, 2022.

14. Submitted herewith as "Exhibit 12" is a true and correct copy of correspondence Marvel's counsel sent to me dated April 19, 2022.

15. Submitted herewith as "Exhibit 13" is a true and correct copy of correspondence Marvel's counsel sent to me dated April 25, 2022.

16. Submitted herewith as "Exhibit 14" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated April 28, 2022.

17. Submitted herewith as "Exhibit 15" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated May 9, 2022.

18. Submitted herewith as "Exhibit 16" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated May 11, 2022.

19. Submitted herewith as "Exhibit 17" is a true and correct copy of an email exchange between the parties' counsels dated May 11-18, 2022.

20. Submitted herewith as "Exhibit 18" is a true and correct copy of correspondence Marvel's counsel sent to me dated May 24, 2022.

21. Submitted herewith as "Exhibit 19" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated May 27, 2022.

22. Submitted herewith as "Exhibit 20" is a true and correct copy of correspondence Marvel's counsel sent to me dated June 1, 2022.

23. Submitted herewith as "Exhibit 21" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated June 8, 2022.

24. Submitted herewith as "Exhibit 22" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated June 13, 2022.

25. Submitted herewith as "Exhibit 23" is a true and correct copy of correspondence Marvel's counsel sent to me dated June 15, 2022.

26. Submitted herewith as "Exhibit 24" is a true and correct copy of correspondence Marvel's counsel sent to me dated July 15, 2022.

27. Submitted herewith as "Exhibit 25" is a true and correct copy of correspondence Mr. Parkkinen sent to Marvel's counsel dated July 22, 2022.

28. Submitted herewith as "Exhibit 26" is a true and correct copy of a court order issued in *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07857-LAK, Dkt. 38 (S.D.N.Y.), dated July 27, 2022.

29. Submitted herewith as "Exhibit 27" is a true and correct copy of the Scheduling and Case Management Order Re Jury Trial (Dkt. 31) and Schedule of Pretrial & Trial Dates (Dkt. 31-1) issued in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on August 1, 2022, at Malibu, California.

                                                  */s/ Marc Toberoff*
                                                   Marc Toberoff