# Exhibit 8

**Marvel Worldwide Inc.**

Vendor # 127854
Vendor Name: LARRY LIEBER

Check Date: 08/14/14     Check # 165976

| Invoice No. | Inv Date | Description | Gross Amount | Discount Amount | Net Amount |
|---|---|---|---|---|---|
| DTI12133168 | 08/11/14 | Iron Man Masterworks Vol. 1 | $ 21.59 | | $ 21.59 |
| DTI12133169 | 08/11/14 | THOR MASTERWORKS VOL.1 | $ 157.01 | | $ 157.01 |

**Detach Statement Before Depositing Check**      **Totals**      $ 178.60      $ 178.60

---

THIS DOCUMENT CONTAINS SECURITY FEATURES • SEE BACK FOR DETAILS

**Marvel Worldwide Inc.**                                      No. 165976

135 West 50th Street                                                          1-8/210
7th Floor
New York, NY 10020

| CHECK NO. | CHECK DATE | VENDOR NO. | Citibank |
|---|---|---|---|
| 165976 | 08/14/14 | 127854 | 666 Fifth Avenue, 6/F  New York, NY 10103 |

CHECK AMOUNT
$*******178.60

*One Hundred Seventy-Eight & 60/100 Dollars*

Pay To The   LARRY LIEBER
Order Of:

LIEBER-0020