# Exhibit 9

Feb. 20, '70

Hi, Donato,

Thanks for your letter, amigo mio. What letter? I mean the crash course in movie-making mores that you sent me!

I've written down your home and office addresses and phone #'s, and appreciate the opportunity you've thus given me to replenish my supply of would-be "angels" for a future rainy day. (Like maybe tomorrow!)

As I mentioned over the phone before, I'm writing a screen play for which Alain Resnais (the director) (--lest you thought he was a shoe-maker) will obtain a producer and the needed shekels. I'm about a third of the way finished with the script, and if I can ever write the other 2/3rds (which isn't easy considering that I have to do it between Spider-Man, the Fantastic Four, Captain America, etc. etc.) then I think it'll probably be a real block-buster of a film. Certainly Alain's fame and prestige won't do it any harm. Incidentally, I should pay him for letting me write the script, because it's been like attending the greatest film-making course of all-- and being taught by an expert. Boy, is he teaching me!

Also, as I mentioned, I'm planning to get involved in being the co-producer of a low-budget film with Cannon Films, here in NYC. The head of the outfit is a young guy named Chris Dewey-- very hip, very bright-- very aware-- and I'm jealous as hell of the fact that he's about 26 years old and has about 10 films in production now. Oi!

Comic mags are still, as they ever were, just my bread and butter... but until some dough comes in from the film work, or a few of the other little things I'm trying to get started, I've got to stick with the superheroes. Anyway, I've still got 3 and a half years to go on my contract, so what the hell.

Glad you're doing so well and keeping so busy. Give my best to Joseph Levine and Fellini. Love to Michaelle (I know I probably spelled it wrong, but at least I didn't call her Sam) --and don't breathe too deeply in the smog.

Excelsior!

PS: Wanted to write more, but just had a call from the office (I'm at the apartment now). Have to rush over and see Martin. Will contact you as soon as anything jells.

RICO-0006