| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | MOLLY M. LENS (S.B. #283867) |
| | mlens@omm.com |
| 3 | DANIELLE FEUER (S.B. #324174) |
| | dfeuer@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 5 | Los Angeles, California  90067-6035 |
| | Telephone:   +1 310 553 6700 |
| 6 | Facsimile:    +1 310 246 6779 |

*Attorneys for Plaintiff Counterclaim-Defendant Marvel Characters, Inc.
(additional counsel on page two)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No.: 2:21-cv-07624-DMG-KES |
| Plaintiff, | [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | **DECLARATION OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL MARVEL CHARACTERS, INC.'S PRODUCTION OF DOCUMENTS** |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

1   ALLEN W. BURTON (admitted *pro hac vice*)
    aburton@omm.com
2   O'MELVENY & MYERS LLP
    Times Square Tower
3   7 Times Square
    New York, New York  10036-6537
4   Telephone:  +1 212 326 2000
    Facsimile:   +1 212 326 2061
5
    KENDALL TURNER (S.B. #310269)
6   kendallturner@omm.com
    O'MELVENY & MYERS LLP
7   1625 Eye Street, NW
    Washington, DC  20006-4061
8   Telephone:  +1 202 383 5300
    Facsimile:   +1 202 383 5414
9
    *Attorneys for Plaintiff and Counterclaim-*
10  *Defendant Marvel Characters, Inc.*
    *(ctd.)*

I, Molly M. Lens, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel for plaintiff Marvel Characters, Inc. ("MCI") in this action, and a member of the bar of this Court. I submit this declaration based on my personal knowledge and review of the documents referenced herein. If called and sworn as a witness, I could and would testify competently thereto. I submit this Declaration in support of Marvel Character Inc.'s Motion to Compel the Rico Defendants' Production of Documents.

2. Attached hereto as **Exhibit 28** is a true and correct copy of the Affidavit of Florence ("Flo") Steinberg, *In re Marvel Entertainment Group (Wolfman)*, Nos. 96-2067 through 96-2077 (Bankr. D. Del.); Nos. 97-145, 97-146 (D. Del.), dated December 21, 1998.

3. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from "The Art of Jack Kirby."

4. Attached hereto as **Exhibit 30** is a true and correct copy of the Affidavit of Stan Lee, *Marvel Worldwide, Inc. v. Kirby*, No. 10-cv-00141 (S.D.N.Y.), dated June 11, 2007.

5. Attached hereto as **Exhibit 31** is a true and correct copy of Marvel Characters, Inc.'s Supplemental Responses and Objections to Defendant Nanci Solo's Second Set of Interrogatories, dated August 15, 2022.

6. Attached hereto as **Exhibit 32** is a true and correct copy of Rico Defendants' Second Set of Requests for Production of Documents to Plaintiff Marvel Characters, Inc., dated February 8, 2022.

7. Attached hereto as **Exhibit 33** is a true and correct copy of Marvel Characters, Inc.'s Supplemental Responses and Objections to the Rico Defendants' Second Set of Requests for Production of Documents, dated May 5, 2022.

8. Attached hereto as **Exhibit 34** is a true and correct copy of Marvel's Response to Defendants' First Set of Requests for Admission in *Kirby*, dated December 20, 2010.

9. Attached hereto as **Exhibit 35** is a true and correct copy of Marvel's Response to Defendants' Second Document Request in *Kirby*, dated December 20, 2010.

10. Attached hereto as **Exhibit 36** is a true and correct copy of emails between Plaintiff's counsel and Defendant's Counsel, dated August 11, 2022.

| | | |
|---|---|---|
| Dated: | August 15, 2022 | **O'MELVENY & MYERS LLP** |

By:/s/ *Molly M. Lens*
Molly M. Lens

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Marvel Characters, Inc.*