# Exhibit 28

## AFFIDAVIT

I, Florence ("Flo") Steinberg, of  New York, New York
do hereby acknowledge and confirm as follows:

1. I am presently employed by Marvel Entertainment Group, Inc. ("Marvel") on a freelance basis as a proofreader for Marvel's comic book publications.

2. I was initially employed by Magazine Management Company, Inc. (MMC), Marvel's predecessor in interest, on or about March 1963 as secretary to Stan Lee (Stan). The offices were located at 655 Madison Avenue in New York City. My duties included, but weren't limited to, handling Stan's mail, answering the phone, receiving artwork and other materials delivered by the artists who worked with Stan, and other general office duties. I remained an employee of MMC as Stan's secretary for approximately five years.

3. Stan was employed by MMC as Editor of the line of comic book publications. Stan was an employee of MMC, received a regular weekly paycheck and answered to the owner of the company, Mr. Martin Goodman. Stan had been an employee of Mr. Goodman's since Stan had gotten out of the service after World War II and had also worked for Mr. Goodman before the war.

4. Pursuant to what has been described as the "Marvel Method", part of Stan's duties as Editor of the comic books was to come up with new ideas and new characters. All of the ideas and artwork had to be approved by Stan in his role as Editor. In the event of any dispute, Stan would always have the final say. It was Stan's customary practice to write the plots and scripts for the comics as well. As Editor, Stan's usual practice was to meet with the artists at the office at 655 Madison Avenue to discuss the various projects. Stan would provide the artists with assignments and then review the artwork when the artists were done. When he deemed it necessary, Stan's usual practice was to request changes or corrections to the artwork before it went to the next step of production. While the artists primarily performed their drawing duties away from the office in their own studios, they frequently were in the office conferring with Stan on new ideas, on story development and other creative conferences. The artists also occasionally performed art corrections and changes at the Madison Avenue offices.

5. In 1961 MMC had begun publishing comics that featured super heroes. The first issue of a book entitled THE AMAZING SPIDER-MAN and the first issue of a book entitled IRON MAN were both published the same month I was hired, March 1963. At that time the artists working with Stan included Jack Kirby, Steve Ditko, Dick Ayers, and Don Heck. These artists, as I recall, worked for MMC on a freelance basis, but received their assignments from Stan and regularly conferred with Stan on all aspects of the creation of the comic books as described above.

In front of the Notary Public indicated below, I have sworn that these statements are true and accurate to the best of my knowledge and recollection and that all statements made on information and belief are believed to be true.

Sworn to this 21st day of December, 1998 at New York, NY

_____
Florence Steinberg

STATE OF NEW YORK )

COUNTY OF NEW YORK )

On this 21st day of December, 1998, before me personally appeared Florence Steinberg, to me known and known to me to be the individual described in and who signed the foregoing and acknowledged that she carefully read and examined the same and signed it of her own free will.

_____
Notary Public

CAROL G. PLATT
NOTARY PUBLIC, State of New York
No. 31-4950989
Qualified in New York County
Commission Expires May 15, 1999