# Exhibit 29



tion to do so anyhow. Kirby's best efforts were *Abdul Jones, The Black Buccaneer, Cyclone Burke, Detective Riley,* and Popeye-inspired *Socko the Sea Dog*. While Kirby helped create and write these strips, he was not the exclusive artist nor did he own the rights to any of them. Other shop artists also contributed work on an as-needed basis and, in the tradition of "work-for-hire," Elmo owned all of the copyrights and the profits. "Everybody was 'work-for-hire,'" says Kirby. "It was the traditional way that artists got jobs. The publishers made certain that they owned the rights to everything. When you came in for work, everything you did was owned by the guy giving you a paycheck."

Later the same year, Kirby was given an opportunity to solo on a strip for Associated Features Syndicate, a daily called *The Lone Rider*. Inspired by *The Lone Ranger*, the new strip found only limited suc-



18

MARVEL0018273