1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California  90067-6035
   Telephone:  +1 310 553 6700
6  Facsimile:   +1 310 246 6779

7  *Attorneys for Plaintiff Counterclaim-Defendant Marvel Characters, Inc.*
   *(additional counsel on page two)*
8

9             **IN THE UNITED STATES DISTRICT COURT**
10            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No.: 2:21-cv-07624-DMG-KES |
| Plaintiff, | [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | **DECLARATION OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.'S SUPPLEMENTAL SUBMISSION IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, New York  10036-6537
4  Telephone:  +1 212 326 2000
   Facsimile:   +1 212 326 2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC  20006-4061
8  Telephone:  +1 202 383 5300
   Facsimile:   +1 202 383 5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*

I, Molly M. Lens, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel for plaintiff Marvel Characters, Inc. ("MCI") in this action, and a member of the bar of this Court. I submit this declaration based on my personal knowledge and review of the documents referenced herein. If called and sworn as a witness, I could and would testify competently thereto. I submit this Declaration in support of Marvel Character Inc.'s Supplemental Submission in Opposition to Defendants' Motion to Compel.

2. Attached hereto as **Exhibit 37** is a true and correct copy of Defendant Buz Rico's Amended Responses and Objections to Plaintiff's Second Interrogatories to Buz Donato F. Rico III, dated August 9, 2022.

3. Attached hereto as **Exhibit 38** is a true and correct copy of Defendant Michele Hart-Rico's Amended Responses and Objections to Plaintiff's Second Interrogatories to Michele Hart-Rico, dated August 5, 2022.

4. Attached hereto as **Exhibit 39** is a true and correct copy of an August 3, 2022 letter from A. Burton.

| | | |
|---|---|---|
| Dated: | August 23, 2022 | **O'MELVENY & MYERS LLP** |

By: */s/ Molly M. Lens*
      Molly M. Lens

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Marvel Characters, Inc.*