Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF THE RICOS' MOTION TO COMPEL MARVEL CHARACTERS, INC.'S PRODUCTION OF DOCUMENTS** <br><br> Date: September 6, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 6D |

Non-expert Discovery Cutoff:
November 18, 2022
Pretrial Conf.: May 9, 2023
Trial: June 6, 2023

I, Jaymie Parkkinen, declare as follows:

1. I am a member of the bar of the State of California and an associate at the law firm Toberoff & Associates, P.C., counsel of record for Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos"). I submit this Declaration in support of the Ricos' Motion to Compel Marvel Characters, Inc's ("Marvel") Production of Documents ("Motion"). Except where otherwise stated, I have personal knowledge of the facts set forth herein and if called as a witness could and would so testify.

2. Submitted herewith as "Exhibit 40" is a true and correct copy of an email exchange between counsels for the parties dated August 3-12, 2022.

3. Marvel's counsel did not respond to my email dated August 12, 2022 (Exhibit 40).

4. Submitted herewith as "Exhibit 41" is a true and correct copy of documents with bates numbers 2021MARVEL-0071576 through 2021MARVEL-0071578 produced by Marvel on August 15, 2022.

5. Collectively, on August 15 and 22, 2022, Marvel produced more than 10,000 pages of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on August 23, 2022, at Malibu, California.

                                          */s/ Jaymie Parkkinen*
                                                Jaymie Parkkinen