# Exhibit 41

Don Heck

THE AVENGERS VS. SUB-MARINER (#40)

The Avengers are engaged in colorful clean-up operations after their fight with the forces of the Mad Thinker and his Triumvirate of Terror (and I don't mean Flopsy, Mopsy, and Cottontail).

Hercules is willing to help somewhat, but is a bit ~~disdin~~ disdainful, since after all he saved them, thereby doing his part.

As they clean up, Hawkeye picks at Herk a bit, but not much. Show Herk's strength and also Goliath's—they should make a good team.

As they're all pitching in—suddenly Wanda begins to feel a bit faint. Pietro worried. (No, don't worry, Don—she isn't incestuously pregnant; but she is in bad shape with a fever, perhaps some long-malingering thing picked up while in Europe.)

~~Pietro~~ Herk picks her up, as Quicksilver rushes ahead and fixes up her room, etc., and Herk deposits her there. (Note: Whenever possible, it's good to show some of mansion, living quarters of Avengers, etc. Sometime, when it seems ~~happy~~ appropriate, why not work up a cutaway drawing of the building.)

She seems okay for time being, but Pietro won't desert her for anything—in a touching scene, he could mention that, after all, they were orphans together for years in Europe—feared and hated by the villagers who thought Wanda ~~witch~~ a witch, etc. (Flashback? You don't need a ref, if you do, except that they are a bit younger, and in costume. It was Magneto who finally saved them from a torch-carrying mob, but no need to show that if you don't wanna.)

*[See last page for current Black Widow development]

Now, while they keep the vigil, we switch dramatically-as-Heck to the underwater world of Namor—who is proving his worth in exercise by smashing around a bunch of Atlantean gladiators ~~xx~~ or some such nonsense.

Suddenly, he is called by (Vashti the Elder?) and told (and sees on screen) that an atomic American sub is coming, has been practicing firing ~~dummyxtorpedesx~~ low-power torpedos.

Namor enraged, swims out alone to stop the whole business. He takes a torpedo, mounts it, turns it from its course forcibly, leaps free, etc.

Inside the sub, there is a telescreen (new device, several screens) on which the skipper (what would his rank be? Anybody out there know, Don?) sees Namor, holding up his hand in proud gesture.

He has his orders, though, and won't let Namor turn him back—even though, by coincidence, his route would take him thru the main street of Atlantis! (He doesn't know this natch!)

Anyway, to make a long story shorter, Namor lures sub into an area of super-seaweed or any kind'a interesting thing, so that the crew members can escape in a new experimental Marvel-type escape capsule. Then he sends one of its own torpedos at it and blows it up. (Or maybe Code would say that's too violent—he could just hold it there, period.)

Anyway again, Namor learns where it came from—which is a base in the Caribbean. (This is because, in Jack's Captain America story which will figure into this later, the scene was tropical.) He goes off to teach 'em a lesson, etc., all alone.

Almost at once, swimming on surface, he is spotted by a liner....

Meanwhile, back at the mansion, Avengers are worried about Wanda when the word comes in about Subby. They don't know if he intends villainy or not—but, while they do, suddenly Cap's face appears on video screen (maybe just repaired by Goliath).

Cap has just finished knocking out a robot version of Bucky and defeating the now-escaped Red Skull--and Cap intends to try to pick up his trail.

Meanwhile, his radio-monitor in Avengers ship that he took/ (See the negative xerox enclosed of it and video-monitor, so it can be kept standard in future, maybe.) has informed of Subby's computed destination--and he knows it's near where the Cosmic Cube (see SUSPENSE #~~80#1~~ #80-81, and tell me if you don't have these) rests on the bottom of the sea. It didn't sink under as much rubble as they thought-- just down a bit, only a few feet below the murky sea bottom off the shore of this small island.

Cap says that, if Namor somehow gets hold of the Cosmic Cube, it'll be endsville for the surface world the first time he stubs his wingfoot. They must stop him.

He signs off, saying he'll join when he can but wants to try to pick up Red Skull's trail before it gets too cold.

The Avengers (minus the ill Wanda and her nurse, Quicksilver) take off, after kind words to Wanda. Hercules decides to come along, since he's bored with night-clubbing for a while, etc. (Do what you can with these Herk bits--so far they've been great.)

Naturally, Subby beats 'em to the base--and regally presents himself to incredulous guards. When one of them gets belligerent, he is tossed around like so much spaghetti--and Namor intends to smash the subs before the full forces of the navy can be mustered against him.

But, the cavalry (I mean, the Avengers) arrive and foil his plans. Maybe Goliath and Wasp hurtle out while the ship's landing. They are small, riding currents, and then land--where Goliath becomes a giant.

Unfortunately, as in early Avengers issues, Subby is still the stronger of the two, mainly because of his agility. He and Goliath seem even, but the flying power of his foot-wings puts Hank off balance or some nutty thing. Maybe Wasp ineffectually tries her wasp's sting, but if bullets (small ones) bounce off Namor, so will that.

Then Hawkeye and Herk enter the scene. Hawkeye can't do much, but does it colorfully. Maybe he shoots an arrowline around ~~Herk~~ Subby and gets tossed in the drink (or somewhere) for his pains.

Herk's the big rub, though--maybe 'cause Hank hit his head or something. Subby and Herk would be about equal, but Subby's not in water--and therefore Herk is slowly forcing him back. Subby breaks away, leaps into sea after a vow to be back. (If you can jazz this up, feel free.)

Meanwhile, something untoward has happened. Herk has blurted out about the Cosmic Cube--and Sub-Mariner remembers reports of the catadlysmic happenings (hurricanes, etc.) on nearby island...so he heads in that direction.

He uses some fish to scout around for him--while the Avengers are being congratulated by military. They find area of Cube, which gives out radiations fish can feel or some nutty nonsense--then he drills down to get it colorfully.

He wishes, and a waterspout carries him back to the base almost at once--where he surprises the astonished Avengers. They think he's come back for more of the same, but he hasn't.

Instead, he has created an amalgam (sp?) creature out of two or three sea creatures-- like a squid and a shark and maybe a ~~xkx~~ shell for protection. This keeps Hawkeye, Wasp, and Goliath busy. (Colorfully, natch--maybe they finally lure it to somewhere where it can be blown up, in between other scenes.)

Meanwhile, Herk mixes it up with Subby (be sure to have the latter use his wings on feet to dodge Herk, etc.). Namor's too proud to xxxxxxxxxxxxxxxxxxxxxxxxxx defeat Herk except in a "fair fight," so he causes hurricane winds to sweep them both into the nearby water--where Subby will have the advantage, even tho Herk can survive under water for a time.

But, Namor is also too proud, he finds, to defeat a foe that unfairly--so he returns them to land, but has ordered his Cube (which he, by the way, might long since have fastened into a Pendant around his neck) to keep his body moist from the air itself. (This needn't be visible to reader, but is nonetheless effective.) Now he and Herk each fight under maximum conditions.

Now there should be a big fight, with tanks and whatever all thrown in (by Herk, or Namor). Soldiers watch helplessly, if at all. Namor, remember, wants to get at them subs. He wishes for an earthquake that'll destroy the whole base--and it starts. Crevices, etc.--mix it up good.

As the amalgam creature is destroyed, tho, the Wasp is freed--and zooms back, using her sting to break the "chain" holding pendant around Namor's neck--and grabs it off. Namor and Herk are still even, and fighting fiercely, but now Namor realizes it'll be just a matter of time. So, in another of those colorful ways, he breaks off and returns to see--he'll fight another day.

Meanwhile, the earthquake--which takes a few seconds to subside--has knocked Jan around, so that she drops the pendant (Cube) into big crevasse--and would fall in herself (maybe does) except for arrowline by Hawkeye. Goliath then pulls her up fast--or else she'd have been flat, and we all know that no Don Heck gals are flat.

Subby can shake fist at Avengers, or something. Goliath comforting Wasp, etc., as they watch him go, wonder what future holds.

And now, for irony time, we switch (I guess a bit later) to underground passage. The Cube lies there in open--and along comes walking (with or without his little buddies) the Mole Man. He picks up pendant-Cube, turns it over in his hand, dismissed it as a useless bauble of the surface world, and tosses it away--not knowing the fantastic power he has tossed away.

((One final, all-important and all-but-forgotten note: Early in story, and bugging Hawkeye thruout, Black Widow should be reported to have stolen a plane from the southwestern base where the Hulk hangs out. Thunderbolt Ross, the general in the Hulk series, is livid with rage when it's reported to him, or something like that. Doesn't he have enough trouble with the Hulk, who might be shown in balloon over his head? She seems to be heading for the Bamboo Curtain, over Pacific--you might even show her zooming across Golden Gate or something--whatever you want, spaced as you want. (Note: if you plan two sections on Widow, please let me know with the first, so I'll leave some dialogue for that time. One would be enough, tho.) And, by the way, don't both with Fury and his crowd this time.

2021MARVEL-0071578