DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

*Attorneys for Plaintiff Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No.: 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] <br><br> **NOTICE OF MOTION AND JOINT STIPULATION ON MARVEL CHARACTERS, INC.'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS** |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Date: September 20, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 6D <br><br> Non-expert Discovery Cutoff: November 18, 2022 <br> Pretrial Conf.: May 9, 2023 <br> Trial: June 6, 2023 |

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, New York  10036-6537
4  Telephone:  +1 212 326 2000
   Facsimile:   +1 212 326 2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC  20006-4061
8  Telephone:  +1 202 383 5300
   Facsimile:   +1 202 383 5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on September 20, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse for the Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, Courtroom 6D, the Honorable Karen E. Scott presiding, plaintiff Marvel Characters, Inc. ("MCI") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 26 and 34, for an order compelling defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants") to produce all nonprivileged, documents responsive to MCI's Requests for Production of Documents ("RFPs").

Pursuant to Local Rule 37-2, the parties respectfully submit their Joint Stipulation on MCI's Motion to Compel Defendants' Production of Documents filed concurrently herewith. MCI's Motion is made following the conferences of counsel pursuant to Local Rules 7-3 and 37-1 which took place on, *inter alia*, March 24, April 21, May 11, May 26, and July 27. *See* Declaration of Molly M. Lens ¶¶ 2-5.

MCI's Motion is made on the grounds that Defendants have failed to comply in good faith with their discovery obligations by failing to engage in reasonable and diligent collection efforts to obtain all documents within their possession, custody, or control.

MCI seeks an order of this Court compelling Defendants to, within seven days, (a) produce all non-privileged documents that are responsive to MCI's RFPs; and (b) amend their interrogatory responses to confirm that all non-privileged, responsive documents have been produced.

This Motion is based on this Notice of Motion, the parties' Joint Stipulation, the concurrently filed declarations and exhibits appended thereto, all of the pleadings, files, and records in this proceeding, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 30, 2022 | Respectfully submitted, |
| 3 | | **O'MELVENY & MYERS LLP** |
| 4 | | |
| 5 | | By: */s/ Daniel M. Petrocelli* |
| 6 | | Daniel M. Petrocelli |

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Marvel Characters, Inc.*