1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
6  Facsimile: +1 310 246 6779

7  *Attorneys for Plaintiff Counterclaim-
   Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No.: 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] <br><br> **DECLARATION OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.'S MOTION TO COMPEL THE RICO DEFENDANTS' PRODUCTION OF DOCUMENTS** <br><br> Date: September 20, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 6D <br> Non-expert Discovery Cutoff: November 18, 2022 <br> Pretrial Conf.: May 9, 2023 <br> Trial: June 6, 2023 |

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, New York  10036-6537
4  Telephone:  +1 212 326 2000
   Facsimile:   +1 212 326 2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC  20006-4061
8  Telephone:  +1 202 383 5300
   Facsimile:   +1 202 383 5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Molly M. Lens, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel for plaintiff Marvel Characters, Inc. ("MCI") in this action, and a member of the bar of this Court. I submit this declaration based on my personal knowledge and review of the documents referenced herein. If called and sworn as a witness, I could and would testify competently thereto. I submit this Declaration in support of Marvel Character Inc.'s Motion to Compel the Rico Defendants' Production of Documents ("Motion").

2. MCI has engaged in months of good-faith attempts to resolve or otherwise narrow its disputes with Defendants, including regarding Defendants' (1) refusal to commit to a date certain for the completion of their document productions and (2) failure to produce responsive documents and associated search efforts which have resulted the production of approximately thirty documents.

3. MCI has contacted Defendants repeatedly to ascertain a date certain by which Defendants would complete their productions. *See, e.g.*, Ex. 1 (March 22 letter); Ex. 2 (April 5 letter), Ex. 3 (August 12 letter). The parties conducted telephonic meet and confers on this issue (among others) on March 24, April 21, May 11, and July 27. Most recently, MCI proposed that Defendants stipulate that they will complete their productions by August 22, 2022, *i.e.* the same date as that for MCI's productions, but Defendants refused. *See* Ex. 4 (August 3 to August 12 email chain).

4. MCI has also reached out to Defendants repeatedly regarding the status of their productions and associated search efforts. *See, e.g.*, Ex. 5 (June 8 letter); Ex. 6 (May 24 letter); Ex. 7 (June 1 letter); Ex. 8 (May 11 letter); Ex. 9 (June 15 letter), Ex. 10 (July 15 letter); Ex. 3 (August 12 letter). MCI has raised concerns not only about the number of documents produced but also that documents from certain sources—such as Defendant Buz Rico's personal website devoted to his father and third parties like David Currie—have not been produced. The parties conducted

telephonic meet and confers on this issue (among others) on May 26 and July 27.[1] During the parties' most recent discussions, MCI suggested the parties agree to a reciprocal process to certify their search efforts and competition of their productions but the parties were not able to reach agreement.

5. MCI has repeatedly advised Defendants that it will need to seek court intervention if these issues remain unresolved. *See, e.g.*, Exs. 9-10.

6. In support of this Motion, I note as follows:

7. Attached hereto as **Exhibit 1** is a true and correct copy of a March 22, 2022 letter from D. Petrocelli.

8. Attached hereto as **Exhibit 2** is a true and correct copy of an April 5, 2022 letter from M. Lens.

9. Attached hereto as **Exhibit 3** is a true and correct copy of an August 12, 2022 letter from A. Burton.

10. Attached hereto as **Exhibit 4** is a true and correct copy of an August 3 to August 12, 2022 email chain between counsel, including an August 11, 2022 email from M. Lens.

11. Attached hereto as **Exhibit 5** is a true and correct copy of a June 8, 2022 letter from M. Lens.

12. Attached hereto as **Exhibit 6** is a true and correct copy of a May 24, 2022 letter from M. Lens.

13. Attached hereto as **Exhibit 7** is a true and correct copy of a June 1, 2022 letter from M. Lens.

14. Attached hereto as **Exhibit 8** is a true and correct copy of a May 11, 2022 letter from M. Lens.

---

[1] To be clear, MCI's meet-and-confer efforts are not limited to these letters and conferences. As these efforts have spanned nearly six months, rather than burden the Court with evidence of all of MCI's efforts, MCI submits this declaration and associated evidence pursuant to Local Rule 37-2.

15. Attached hereto as **Exhibit 9** is a true and correct copy of a June 15, 2022 letter from M. Lens.

16. Attached hereto as **Exhibit 10** is a true and correct copy of a July 15, 2022 letter from M. Lens.

17. Attached hereto as **Exhibit 11** is a true and correct copy of a printout from http://www.deadwax.net/donrico/bio.html ("Biographical").

18. Attached hereto as **Exhibit 12** is a true and correct copy of a March 22, 2022 letter from J. Parkkinen.

19. Attached hereto as **Exhibit 13** is a true and correct copy of a print from https://creatortalks.podbean.com/e/discussing-steve-ditkos-correspondence-with-author-david-curry/ ("Interview with David Currie author of Ditko Shrugged").

20. Attached hereto as **Exhibit 14** is a true and correct copy of Defendants' August 5, 2022 Amended Responses and Objections to MCI's Second Set of Interrogatories.

21. Attached hereto as **Exhibit 15** is a true and correct copy of a July 22, 2022 letter from J. Parkkinen.

22. Attached hereto as **Exhibit 16** is a true and correct copy of a June 8, 2022 letter from J. Parkkinen.

23. Attached hereto as **Exhibit 17** is a true and correct copy of an August 12, 2022 letter from A. Burton.

24. Attached hereto as **Exhibit 18** is a true and correct copy of an August 10, 2022 email from J. Parkkinen.

25. Attached hereto as **Exhibit 19** is a true and correct copy of a printout from http://www.deadwax.net/donrico/index.html ("Index").

26. Attached hereto as **Exhibit 20** is a true and correct copy of the Don Rico interview called "The Once and Future Don Rico," conducted by Robert Levitt Lanyi.

27. Attached hereto as **Exhibit 21** is a true and correct copy of Defendants' May 5, 2022 Amended Responses and Objections to MCI's First Set of Requests for Production of Documents.

28. Attached hereto as **Exhibit 22** is a true and correct copy of https://www.facebook.com/DonRicoArtist/ ("Don Rico").

29. Attached hereto as **Exhibit 23** is a true and correct copy of MCI's August 15, 2022 Supplemental Responses and Objections to Defendant Nanci Solo's Second Set of Interrogatories.

30. Attached hereto as **Exhibit 24** is a true and correct copy of the Scheduling and Case Management Order Re Jury Trial (Dkt. 31) and Schedule of Pretrial & Trial Dates (Dkt. 31-1) issued in this case

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2022.

By:          */s/ Molly M. Lens*
              Molly M. Lens