# EXHIBIT 13

PodBean (https://www.podbean.com?sourceid=navbar_logo) Search Podcast




(https://creatortalks.podbean.com)

# Creator Talks Podcast << (https://creatortalks.podbean.com)

PodBean (https://www.podbean.com?source
Search Podcast




(https://creatortalks.podbean.com)



# Interview with David Currie author of Ditko Shrugged

Oct 8th, 2020 by creatortalks

**Steve Ditko** was a legendary artist *and* storyteller who co-created such characters as **Spider-Man**, **Doctor Strange**, **The Question** and **The Creeper.**

Join me for this special interview with **David Currie**, author of the upcoming book published through Hermes Press ***Ditko Shrugged: The Uncompromising Life of The Artist Behind Spider-Man and The Rise of Marvel Comics***.

It is the first in depth biography of comics-legend **Steve Ditko**, in his own words, taken from many years of correspondence with author and endorsed by the Ditko family.

In his book, David Currie tells the stories of Steve Ditko's contemporaries, from **Jack Kirb**y to **Wally Wood**, and the struggles they all faced working in the comic industry.

David describes some of the topics he discussed with **Steve Ditko** in their correspondence as well as some of Ditko's well-known, and not so well-known, comic work.

*Plea (https://podcasts.apple.com/us/podcast/creator-talks-podcast/id1180823120)se rate and review (https://podcasts.apple.com/us/podcast/creator-talks-podcast/id1180823120)* ***Creator Talks on Apple Podcasts (https://podcasts.apple.com/us/podcast/creator-talks-podcast/id1180823120)***

More about ***Ditko Shrugged: The Uncompromising Life of The Artist*** (https://hermes-press.myshopify.com/products/ditko-shrugged-the-uncompromising-life-of-the-artist-behind-spider-man-and-the-rise-of-marvel-comics-pre-order)