# EXHIBIT 18

## Feuer, Danielle

| | |
|---|---|
| **From:** | Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> |
| **Sent:** | Wednesday, August 10, 2022 6:16 PM |
| **To:** | Lens, Molly M. |
| **Cc:** | Feuer, Danielle; Petrocelli, Daniel M.; Burton, Allen; Turner, Kendall; Marc Toberoff |
| **Subject:** | Marvel - David Currie |

[EXTERNAL MESSAGE]

Molly –

We have been retained by David Currie to represent him in connection with the Marvel termination cases. Please direct all future communications concerning these matters to us.

Thank you,

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com
_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.