# EXHIBIT 19



# DON RICO/
1912-1985

Official website and information repository.



Fine Artist
Wood Engraver
Comics Artist and Writer
Fiction Writer
Singer

Co-Founder of the **Comic Art Professional Society (C.A.P.S.)**

**1976 Comic-Con International's Inkpot Award**
*Given for lifetime achievement in comics and related areas.*
*Awarded at the Comic-Con International San-Diego.*
*Currently in conjunction with the* Will Eisner Comic Industry Awards.

1st Generation Italian-American

Donato Francisco Rico II was born in Rochester, New York in 1912. He was survived by his second wife, Michele Hart Rico, his daughter **Dianne Marie Tran**, his granddaughter Dorian McClain, and his son, Donato ("Buz") Rico III.

**AKA:**
Don Rico / (dash)
Dan Rico
Danny Rico
Donato Francisco Rico
N. Korok*
and **many other pseudonyms**

Don Rico

*Courtesy of Mark Evanier:
"Don Rico did a few pseudonymous scripts for Marvel under the name of "N. Korok". Rico told me he used the pen name because he was writing novels at the time and didn't want his publisher to know that he was taking on other, low-money work."

---

This site is meant to be a growing repository for information on my father, Don Rico. I have collected much of the material here from other online resources, but since many sites disappear over time, I have taken the liberty to "archive" their information here, rather than lose priceless information caused by the simple deletion of files. Where possible, I have also referenced my sources, but if I have missed any, please accept my apologies and I'd be happy to included needed info if asked. This is a labor of love for my father and I make no money on this, so please let's not quibble about copyrights.

Submissions are gladly accepted, especially scans of artwork.

Questions on this site can be sent to DonRicoInfo at DEADWAX dot NET

---

Last updated on 12/20/2007