# EXHIBIT 20

# The Once and Future Don Rico

*Robert Levitt Lanyi*

Don Rico was one of the better and most active comic book writer-artists of the Golden Age, which extended from the late thirties through most of the forties. Born Donato Francisco Rico in Rochester, New York in 1918, he created for such publishing houses as Fawcett, Fiction House, Fox, Gleason, Holyoke, Marvel, MLJ, Novelty Pines, Quality, and Rural Home, none of which, except for Marvel, produce comic books anymore. He drew and/or wrote the exploits of such characters as Apache Kid, Black Hood, Blast Bennett, Blue Beetle, Bulletman, Captain America, Captain Battle, Captain Marvel, Catman, Claw, Daredevil, Dr. Strang, Falcon, Flip, Gary Stark, Golden Archer, Grey Mask, Human Torch, Jann of the Jungle, Kid Terrific, Leatherface, Oran of the Jungle, Silver Streak, Sergeant Spook, Sorceress of Zoom, and Stevie Starlight. Although he has not been an active creator in comics since the mid-fifties, he is currently preparing the eagerly awaited *Cloven Hoof*, one of the earliest American works in a new international genre, the novel-length comic, or, as he terms it, "the novel in graphics." For the last four years Don's involvement in comics has included two classes he teaches through UCLA's extension program: a lecture course on the history, theory, and technique of comics and a workshop course in which students working in groups produce their own comics. The following interview with him was conducted on March 23, 1977 at California State University at Sacramento, where the Comic Con, a convention of overground and underground artists and their fans, was being held. We went into the cafeteria, where Don found an outlet for my tape recorder. Then I pressed "Record" and said:

LANYI: You're an exceptionally talented man: a painter; a magazine book jacket, and record album illustrator; a wood engraver; the author of over fifty novels; a writer of plays for screen and television; a courtroom sketch artist [for CBS during the Gordon Liddy trial]. Why did you get into comics?

RICO: Money. It was depression time. A fine artist could get exhibited a

26

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070331

lot, but nobody had money to buy prints and paintings. And I always loved illustration; I always loved comics. And when the opportunity came to work in them, I did.

LANYI: But I understand that the rates were as low as $5 a page.

RICO: They were $5 a page, but again, this was depression time. At a time when I was getting $7.50 a page and making whatever that is times three per day and times that by six days, I was making for that time an awful lot of money. I made more in one day than my father made in a week. This was depression. Rents were low, and if you made $75 or $80, $100 a week, you were considered wealthy.

LANYI: I understand you were in the movement to establish a union of comic book workers. What happened there?

RICO: Well, a lot of us were dissatisfied with conditions, mainly recognition, rights to strips, etc. But we were thwarted in the organization of such a guild because there was no way in which we could make demands and have them lived up to by anybody. There were always new artists ready to come in and take our places and work for anything the publishers wanted to give them, just as we were when we started.

LANYI: Why did you finally get out of comics?

RICO: Well, I'm not quite sure whether I got out of comics or whether comics got out of me. I moved out to the Coast from New York, and at that time I was very much interested in writing novels and screenplays. And I did that. And that was a time also, just coincidentally, when comics hit a really low bottom and a lot of artists were thrown out of work.

LANYI: In an interview published a few years ago in the first issue of *Mysticogryphil: The Journal of Cosmic Wonder,* you stated that in the tough neighborhood you grew up in you were prevented by your peers from engaging in fisticuffs, that they looked after you because you were an artist. Why was that?

RICO: Remember, I was born in Rochester, a very quiet city, very nice, and when I was about twelve years old we moved to New York, which is an entirely different environment.

LANYI: Where in New York?

RICO: In the Bronx, 174 Street and Third Avenue, around that area. And there were some pretty tough hoods who lived in the same area. And I had no idea that they knew me or knew who I was or anything else, and I was about fifteen, sixteen years old and drawing away all the time. But they did know who I was, you see, and watched out for me. And I got into a heavy engagement with a guy, and I was used to fighting. You had to know it to survive. But one time when I was engaged in battering a fella to pieces, I was picked up bodily by a hood, who said, "Don't do that anymore; you'll break your hands. You're an artist. Get out of here. We'll take care of this guy." And they did.

LANYI: All that hostility you were prevented from expressing by your peers--did depicting the interaction between the villain and society and the villain and the hero provide you with an avenue for releasing that which had been pent up?

RICO: No, no. There was never anything pent up. I released everything I

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070332

28      JOURNAL OF POPULAR CULTURE

ever had, mainly in sports. My interest wasn't in releasing inhibitions because I did it all through my drawing and my writing. Everything was there, whatever I wanted to do. But my drawing superheroes: they were part of a trend of the time. At the very beginning I didn't draw superheroes and villains; I drew nice, ordinary people. And I still love drawing them. There was no deep psychological--

LANYI:  Are you saying, then, that you released inhibitions through drawing but not hostility?

RICO:  Yeah, yeah. Well, inhibitions, I don't know. It was more like something I wanted to say. If I wanted to tell a story of an adventure, of places I hadn't been--I did a strip called *Gary Stark* once, which was about a boy sixteen years old, an apprentice seaman, and he and two of his older buddies were wrecked and left on an island in the Pacific. And that gave me a chance to draw beautiful islands. I went to *National Geographic* and got backgrounds, and I told nice, romantic stories with always some kind of a villain in the background.

LANYI:  Why a villain?

RICO:  Well, a story has to have some kind of an action, motivation, to keep it going. There was always a little bit of by-play about the frustrations of the hero and the villain--not mine, but theirs, you see. Because they were so outlandishly constructed and uniformed that all they had to do was just battle each other constantly. And what I tried to do was bring it a sort of tongue-in-cheek attitude, rather than violence or action for its own sake.

LANYI:  There have always been a pretty considerable number of Italian-American artists in comics: yourself, Carmine Infantino, Frank Frazetta, John Guinta, Vince Coletta, Nick Cardy, Joe Cavallo, Joe Orlando--

RICO:  Don't forget Dick Giordano.

LANYI:  Pete and John Costanza, Sal and John Buscema, John Romita Sr. and Jr., Pete Morisi, Frank--

RICO:  Don't forget Frank Giacoia, Vince Alascia, a whole slew of guys.

LANYI:  Is there any particular reason for that or why currently on the international scene some of the most sophisticated comic art is being done in Italy?

RICO:  I consider Europe--France, Italy, other parts that publish comics--much more sophisticated than the American comic artists are. I don't know if it's the artists, the editors, or the publishers. Whatever it is, there's a great deal more freedom to explore other areas and do things other than the superheroes battling the villains all the time, or the villains always saying, "I must conquer the world." There are stories of the West that the French artists are doing; there's stories of American history that they delve into. And there's a great deal of character and characterization in the work they do. They are quite sophisticated. Their stories are written more in the nature of a novel rather than action for action's sake or violence for violence's sake. I admire them tremendously, and I wish there were more of it in this country.

LANYI:  Well, why are there so many Italians in this country's comics? Next to Jews they must be the largest ethnic group in the business.

RICO:  I don't know; I don't know. I don't know if there are. You know, I never went around questioning who's what and who's the other thing. I

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070333

don't know. You know, Italians love to draw. We're artists and singers and all that sort of thing. We're story-tellers. We like to amuse people. Which brings back another subject: I consider myself a storyteller. Whatever I'm doing, I'm telling a story. And whether Italian or Jewish or Polish or whatever you are, you're a storyteller. And you tell it. Whether there's any ethnic reason for it, God, I don't know.

LANYI: In illustrating the exploits of heroes who preserved the American way, including its myth of an equal chance for all, were you ever bothered by your not being permitted to depict an Italian-American as the recipient of that equal chance, not to mention as the hero?

RICO: No, I was never bothered by it. I was bothered by other things. What bothered me was the showing of a black person in the old days with huge liver lips. I was bothered by the showing of the Chinese as villains, Japanese as villains. I was bothered by the injustice toward people, toward...toward minorities, toward and group as a stereotype.

LANYI: What about white ethnics?

RICO: What about them?

LANYI: You're talking about Chinese, blacks, and so on, but not the white ethnics.

RICO: A lot of things bothered me. The type of story that we had to do bothered me. The ethnic situation as far as whites are concerned didn't bother me because there was no exploitation of that sort of thing. What was exploited was the blacks, the orientals, and that kind of thing. They were the villains. This was World War Two, and the tradition of Fu Manchu carried on as a super-villain, you know. And that more than anything else disturbed me.

LANYI: In *The Decline of the WASP*, Peter Schrag noted that "The cultural issues of the late 1960's were not only ethnic or pluralistic, but also disintegrative--alienation, doing your own thing, dropping out, Italian is beautiful, the white Negro--and almost any sort of material was (and is) acceptable to the new audiences of the young as long as it is distinguishable from the WASP mainstream..."[1] Well, in recent years we have seen a somewhat alienated, doing-his-own-thing kind of comic book hero, and he has not been just white but also black, red, or Chinese. Why do you suppose, though, that the white heroes all remain ethnically WASPs?

RICO: Well, for the same reason that Paul Newman is the epitome of the American hero: the blond, blue-eyed, perfectly-formed features of your standard movie hero. Your standard comic book hero is modelled around the same principle, that way. And there is not too much concern--and I'm not knocking the superheroes because I feel they fill a very, very big need in reading. The superhero to me is fantasy; it's imagination, all kinds of wonderful things. It's a dream world, it doesn't necessarily relate to our own world as we live it. It's not concerned with escaping from a neighborhood that you don't want to be into. It's fantasy; it's fairy tales. It's the superhero, the epitome of everybody who says, "hey, I want to go out and do all the great things in the world." The best example of that is Spider-Man, who's one of the most imperfect, rather, the most successful, of them all. It's a great, great thing because it does relate somehow to where he lives as a boy

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070334

## 30   JOURNAL OF POPULAR CULTURE

and he has an aunt. And he has certain problems, like sewing his uniform when it's torn. How to keep his aunt from finding out that he's Spider-Man. It does relate in a sense to something.

LANYI: But if his name were Rosen or Rico it would relate too much?

RICO: No, no, it's a non-ethnical kind of thing. Each one can find his own image in the character of Spider-Man. You can find your own image in Captain America because everyone would like to be strong. All the skinny kids would like to kick sand in the villain's face, you know, that sort of thing. And here you cheer for the hero; it's always been a good thing. I remember as a kid growing up we couldn't wait for the last reel because the hero caught up with the villain and knocked the hell out of him. It would give us a great deal of satisfaction.

LANYI: How do you feel about psychiatrist Fredric Wertham's observation, stated in *Seduction of the Innocent*, that the violence in comic books maims the sensibilities of young readers?

RICO: Well, then he should have attacked "Jack and the Beanstalk." Here's a boy who's a thief, invades a man's private home, steals some very valuable objects from him, and then kills him. Nah, you can't frighten kids. Kids love excitement, and thrills, and stealing, and all that kind of thing. They don't like doing it; they like reading about it because, again, that's a release for the things they can't do. You can take any of the stories. Take "The Three Bears": She goes into the three bears' home when they're not home, eats their food, breaks their furniture, sleeps in their bed. She's invaded someone's private domain. I don't see Wertham attacking that. That's fantasy.

LANYI: Today's reader of comic book adventures demands story conventions that were unheard of in your day: heroes burdened with anxieties and neuroses involved in situations with no clear-cut solutions nor even fully clear good/evil connotations. If you had stayed in the industry, would you have been comfortable with these conventions?

RICO: You find with any convention, any restriction, the way to tell your part of the story, a certain attitude, a certain way of expressing what you feel even though it's within the full confines, the restrictions, of the medium.

LANYI: Isn't it true that in spite of changes in the conception of the hero, villain, and society, the fundamental theme of adventure comics has remained the same: power--how it operates, how some struggle to get it, how those who have it use it?

RICO: Yes...yes...yeah. The villain always struggles to control the world one way or another, and the hero is always trying to keep him from doing this, being on the good side. Yah, it's been pretty much stagnant that way. Another thing: the comic book business today is limited to the number of pages in a comic book. Back when I started, there were sixty-four pages, which meant that you could have eight to ten or even more stories of varying subjects. So you could really satisfy a lot of demands and keep a lot of different types of writers and artists at work. It's not that way anymore. You're limited to, what is it, seventeen pages? What can you tell, more than one story? And what can you tell more or better than the story which is already selling over and over again? But even within this framework, Stan

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070335

DON RICO    31

Lee, Roy Thomas, writers of that ilk do produce things which are a vast improvement on what could have been very much of a stagnant subject.
LANYI: Overall, though, you feel that what has been considered the Golden Age of comics really was the Golden Age and--
RICO: Well, what is the Golden Age, all right? I'll try to define it for you. The Golden Age is the begining of anything. When something begins, that's the Golden Age for one simple reason--
LANYI: I thought it meant the ripest moment.
RICO: Well, the beginning, and the ripeness, and then it went off in all different directions. You see, when we started comics, there were no standards by which our work was set. We just did what we could. We adapted our drawing to the story and created it. Our influences were the great syndicated strips like Milton Caniff's *Terry and the Pirates*; Hal Foster--before *Prince Valiant*, his *Tarzan*; those illustrators--
LANYI: Alex Raymond's *Flash Gordon* and *Jungle Jim*.
RICO: Raymond, of course. And the pulp magazine illustrators, men like Mike Hays, Herbert Morton Stoops, John Richard Flanagan. I loved these guys. So that's the standards by which we began. We had no other way. Today, of course, comics has its own standards established by comics. It's a field unto itself. So you've got a heritage. Now when I go back to the early days, I think it was great because we had a variety of things to do. And I think it's sad that most artists can't do that any more; even the ones who are trying to break in can't do it. You've got to adapt to what is successful, what is selling.
LANYI: Although there have been these changes in what can be done in comics, is the kind of man who goes into comics or the kind of person who reads comics--have they remained somewhat the same? Is there, in other words, a personality type which has consistently been interested in the medium?
RICO: Back at the very beginning and until relatively recently, we didn't know who was reading comics. We'd write and draw them, got paid for them, and they sort of vanished. We didn't know there was a reading public out there. We knew during World War Two the servicemen ate the stuff up avidly. We knew that cowboys on ranches used to eat up our western stuff. But we just had a vague notion of this. We had no idea as artists and writers what was going on outside. The publishers knew, but we didn't care. Is there an audience? The audience begins when you're young, you know, when you're a kid looking for something to read which is much better than the heavy stuff they give you in school. And after awhile, of course, the audience discards the comic book. And then a few years later says, "Hey, I used to read that stuff. Gee, I wonder what they're doing now." And they inadvertently pick up a comic book, and they're hooked all over again because it's hypnotic, the reading of comics. If you don't read comics for awhile, you lose it. But if you start picking one up, it's like picking up a cigarette after laying off smoking; you keep on smoking. And it's a nice escape, a nice escape. There's got to be that kind of an audience always.
LANYI: Among the theories is that, for example, the people who read detective narratives themselves suffer from strong guilt feelings and are therefore very relieved to have a detective find that somebody else is guilty.

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070336

## 32   JOURNAL OF POPULAR CULTURE

It's this kind of thinking I had in mind. Is there some--
RICO: It's so hard to measure an audience. You can't tell where they spring up. I know that some very distinguished attorneys in Los Angeles are avid comic book fans. They read them, collect them, and get so overwhelmed! When I go to a party where most of the people are strangers to me, I am the instant lion when they find out I draw comics. They want to sit down and say, "Hey! Who did this? Who did that? Did you do that? Did you do the other thing? Whatever happened to...? Etc., etc., etc. It all comes out.
LANYI: People from all walks of life?
RICO: All walks of life. And especially the upper strata. It's strange.
LANYI: They're not more power-mad or otherwise unhinged than the others?
RICO: No, nah. The upper strata discusses it a little bit more intellectually. They have more delving questions, but the lower ones say, "Hey! How come this and that?" Or "Do you know Stan Lee, and do you know Jack Kirby?" You know, these names which are very familiar to them. They want to know about them. It's like stepping backstage at the movie studio.
LANYI: In your own work you were never aiming even for a specific age group or sex?
RICO: No, I wrote for myself. I wrote the kind of stories I'd like to read. There were some stories--one of my features was *Stevie Starlight*, which was about a little boy modelled after myself when I was seven or eight years old. I was the oldest of nine children, and I was all by myself, even before my brothers and sisters showed up. And we lived out in the country, and I was all by myself. And I modelled this boy after me. Well, Stevie would always get in some kind of trouble with his parents. He lived alone and would go into an island across a bridge--even though he wasn't allowed to do it, he'd do it--and would get a little wet by falling into two inches of water. And he'd always go into the house of a hermit who was a sculptor. And the hermit was always, every month same thing, creating a statue of some character out of mythology. And as the boy came in, the man would tell him a story--he was a kind of wizard, he always knew what kind of trouble the boy was in--and the statue would come to life. And I'd tell the story based on some incident out of mythology which related to Stevie Starlight's dilemma. So I was able then to deal with the great gods, with the Titans, with not only the action of battle but the story of Narcissus, the Labyrinth. I could go into many, many things. I enjoyed telling and reading those stories, and they were aimed at anybody who wanted to read them. And I discovered later on kids loved it, and grownups loved it because it brought back the memory of their childhood.
LANYI: In a recent article, Leslie Fiedler claims that the reason so many books about the comics have been appearing lately is that the comics are dead, have run out of things to say. The books about comics, he says in essence, are post-mortem effects.² Do you agree?
RICO: The books being published are an examination of the techniques of the comics and what they meant in our society from the *Yellow Kid* on up to today. There's always a retrospect going on in any medium.
LANYI: But in comics much more so now than previously.

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070337

RICO: Much more so because now there's established a history. You know, thirty years ago there was no history. As it goes on, as times change and new developments take place, as certain things become more valuable than others, as certain influences take effect, people begin to realize that it is part of our culture, no question about it. And the fact that universities are giving courses in the meanings, history, and techniques of the comics is meaningful. There's a need--also there's another angle to it. I found among my students, especially in my lecture courses, more than three-quarters of my students were school teachers, primary grade school teachers, who came to my class because they felt they had to find some affinity with the children, so that they could have something in common to talk about. They feel they've lost touch, and because the kids do read comics and always will, they've got to know something about it. And they come to a university course to find out in a more or less intellectual way how these things are created, what the reasons for them are. Well, why kids read them is very, very simple: It's the easiest way to read. You see pictures and you see balloons. You put a comic book in the hand of almost any person, and I'm including grownups, and if they read the first panel, they'll keep on till they finish the whole book. It's easy to read. Classics Illustrated is a perfect example of that. When I was teaching one course, they asked me if I'd done any Classics Illustrated. And I did; I did *The Moonstone*. It was a terrible, terrible thing to do, very hard. I did it in a couple of weeks with assistants and everything else. But I found out from our students, who are all grown up--they're not college kids, this is an extension course--that most of them did book reports in school based on the comics. Anybody who waded through *The Moonstone* by Wilkie Collins had to be some kind of a night owl, you know, because it's a very dull book, although it was the first detective novel ever written. But to read it in comic book form, my God, you read it in twenty minutes. It's easy to get the whole gist. You know the characters, you know the situation, you know the background, you know the costumes, you know the wars involved. It's a very simple thing to do.

LANYI: Wally Wood, for decades one of the greatest artists in the industry, has stated, "I must admit that 90% of comics are garbage...."[3] Would you agree with that assessment?

RICO: I have to agree with him; I have to. But what does he mean by "garbage?" We have to define our terms, you know? Does garbage mean it's not worth reading? Does garbage mean it's hack? Does garbage mean it's repetitious? What does it mean? Insofar as interest is concerned and what the artist is doing, it's not 90% garbage. A lot of artists are doing some fantastic things; a lot of writers are doing great things within the restrictions, the limitations of the medium. It's not the work itself which is garbage. It's the restrictions placed upon it. That creates garbage. Which is why, incidentally, a lot of artists, including myself, who are both writers and artists, have created a new form, which is the novel in graphics, where we can go into various things. Some of the artists, unfortuately again, have repeated what they did in comics. Either they couldn't get away from a formula, or they felt that was it. I think there's room for the same kind of novel that's written for the adult market, and I don't mean adult in quotes, "for adults only." That kind of a novel will be told in a comic book fashion,

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070338

34  JOURNAL OF POPULAR CULTURE

and that's what I'm hoping to do.

LANYI: The price of these comic book novels would render them inaccessible to most adolescents. Is there enough of an adult audience willing to buy such a product?

RICO: If a novel is creative, so that it is a work of integrity, so that it's a work where the artist-novelist has something to say, either in terms of our present, our past, our future or in terms of pictorial embellishment of something, the subject, I don't see any reason why there shouldn't be. I mean, my God, Dore's *Inferno* is still selling; his *Bible* is still selling. And as far as the kids are concerned, kids will buy books at almost any price. They will save for them because they want them. They are true, devoted fans. I think they brought back comics to what it is through the conventions and through the real interest in the writers and artists. I've known kids who saved their money the entire year to fly to San Diego for the convention. And they come there well equipped to buy a lot of things. They don't come there broke, see? And if a series of novels like these are interesting, they'll buy those as well as anything else. My God, I know in Europe the work by the artists is not only sold to adults; kids buy them. And they're not cheap. They're pretty expensive. I would rather buy those than twenty-five or thirty cent comics.

LANYI: You're saying, among other things, that adults will buy the comic book novel if it has something new to tell them. I wonder if you'd comment then on something Burne Hogarth has said about comic art: "In its exercise of danger it is too reckless of reason, too void of feeling to be profound; and in its pursuit of the genial and the jocular it is possessed of a frenzy that is too bitter a remedy for the relief of pain. In short, it neither elicits the heights of the human dream nor probes the depths of the human soul nor promotes the catharsis of lighthearted laughter."[4]

RICO: Talk about statements! I love it! I think there's a lot of something there, and exactly what it is I can't say. Look, Somerset Maugham said, "I am a teller of tales," huh? I don't know whether I want to plumb the depths or the heights. If I do I'm very happy that someone has noticed. "Hey, there's something here!" And I look at it and say, "There is?" My own work! I don't know it's there. I think we are basically storytellers, and whether we tell tragedies or comedies or just a story for its own sake, it's worthwhile. Reading is entertaining. Whether you're reading *The Golden Bough* by Frazer of the latest novel by Harold Robbins, you're being entertained. If you're not being entertained, you can't follow word after word, you lose interest. Our business is in capturing the attention of the reader and then sustaining it. Opera does that; great plays do that. Shakespeare's whole impetus was to entertain the people who came into his theater.

LANYI: Do you feel that depths can be reached, that ambiguities, complexities, tensions, ironies can be developed?

RICO: Yes, if we get away from what is now the main current of comics. I think an artist can go into it quite seriously if he wants to. There is nothing that an artist can't tell. What separates the artist from the novelist, really: Nothing, except the medium. You can do anything you want to do. The difference is that the artist must think in terms of words and pictures. You're not just illustrating a novel. No, I think there is nothing, nothing in

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070339

**DON RICO** 35

the world which is restricted to any artist or any writer. And I think I'm very lucky, as well as the artists around me now, to be at the very beginning of this medium, the novel told in graphics. Gil Kane has done it, Corben has done it, other guys have gone into it because they want to have something more definite to say.

LANYI: The genre really, though, is only a few years old. As you say, Rich Corben and Gil Kane have done it, and Burne Hogarth in *Tarzan of the Apes* and *Jungle Tales of Tarzan* and Jim Steranko in *Red Tide* have done it. But the conventions of this new genre haven't yet been established. It's not yet clear how to do the comic book novel. Are there any graphic or narrative innovations that you've created in doing *The Cloven Hoof?*

RICO: Well, they're very personal approaches that we all take. Each one--Kane, Steranko, and the rest of them--are all taking very individual approaches to it. I see it so far, in what I've worked on so much now--for instance, *The Cloven Hoof* was a play I wrote, optioned for Broadway, unfortunately never produced. And I got restless with it. I felt I had to tell the story one way or the other. So I decided to try it as a novel in graphics. And what I did, I saw it as a series of progressive shots through the eye of a camera that try to establish the mood which lead up to the next panel, and the next and the next. It wasn't just a series of vignettes. I wanted to get the feeling of it, the mood. So I established, for instance, in the opening of the story, a song panoramic shot of this very desolate valley. There's no life in the valley. And there's smoke coming out of a chimney, a thin wisp and it's going straight up. There's no wind; there's nothing. And then I show the exterior of a cabin. Then I go into the interior, and a woman is in labor, about to give birth. And the husband is sitting there beside a candle, very patiently waiting with his hands folded. And the woman is lying back. And the next scene is the woman screaming, jumping up in anguish; and he's grabbing her, holding tight to her. In other words, if it were necessary, the story could be told only by following the pictures, which is what I think good movie making is about. I studied the early movies, the silents, and things like that done by the Germans and Russians, where you could follow what was happening just by the film. You didn't need the words. So I try to do it that way. I try to tell it through expressions, through shots, through angles, any way in which I can get the mood of what I'm trying to say. I'm not so interested in the picture as in what I'm trying to say in the picture.

LANYI: When you do use words, where do you put them: in balloons, in narrative incorporated in the picture, or as a text beneath the picture?

RICO: No, I mix them up. I don't hold to any fast rule. If I feel I can tell it with narration, I'll do so. If I feel it's too stilted that way, that it's too formal, too straight and square, I put the balloon in. I think the balloon is part of a drawing. So I tell it whichever way it fits me. But I also believe in this other factor: that the novel in visuals, the way I want to do it and see it done, is that the artist does everything. He writes the story, he does the lettering, designs the balloons, designs the captions, everything that's all part of the picture. It can't be added by someone else or just put on the side as just text. It should blend; it should flow.

LANYI: The basic procedure of six or nine standard-sized, standard-shaped panels per page in the novel-length work would get extremely dull.

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070340

36      JOURNAL OF POPULAR CULTURE

For novel-length don't you have to create more variation, perhaps even do away with panels as George Herriman sometimes did in *Krazy Kat?*

RICO: Well, Herriman--I'm glad you brought him up, he's my favorite of all time--designed his panels and his pages as entities unto themselves. You could look at the whole page and feel joy; even without seeing what was happening, you felt that kind of joy. He was a designer; he was the ultimate artist. A page in a book such as I'm describing, again, has to be free so that the artist can use it any way he likes. Some could be in panels, some could be in vignettes, some could be in spots, some could be just a page of lettered dialogue, a caption. As long as the book--I agree with you; it needs variety, flexibility. It can't be the same turn-one-page-after-another thing because then it takes on the same aspect as the other forms, the comic book or strip. It needs this kind of design. It needs more thought, more working out, more experimentation, more comparing of one page against another. There's constant work that goes on.

LANYI: In being the writer of such a work as well as the artist, do you have to come up with narrative techniques other than those in comic books, a greater emphasis on the intricacies of sub-plot, for instance?

RICO: Yeah, yeah, no question. In such a novel, as in a regular novel, you can resort to all kinds of things--the flashback, retrospective thinking, the soliloquy. You can go into all of that. You can also use dialogue which is more natural than is being used in comic books; people talking back and forth in real conversation. You can deal with subtleties and conflict, whatever there is. The regular comic book is involved in the telling of one sequence. It starts and it ends, and that's the end of it. And that's good because that's what comics are, and that's one of the things that makes it appealing to a great many people. But now we're talking about the comic novel, or the novel in visuals. It's not a comic; the word "comic" is a misnomer. These things are not comical. And when you're doing these things you can't go by the accepted, standard thing. You can't keep showing the hero punching somebody and go on and on and think you're telling a story.

LANYI: You've said you don't really think about the meaning of what you say. But are you aware of conveying some meaning in *The Cloven Hoof*, making a specific point?

RICO: Oh yeah! Oh yeah. No, everything I write has a specific point. There's something I want to say here. In *The Cloven Hoof* I try to tell the story of the unaccepted: the boy who is strange and the girl who is strange, not like the others around them. They find and cling to each other. They're the only ones who believe in each other. Nobody else does, see? Everyone else considers them freaks. The girl has a cloven hoof; therefore, she must be something evil. The boy is a kid who comes across the mountain. And he plays the guitar and doesn't have a job. And all he has is love. And when they come to him, he says, "Hello, my name is David. Who are you?" And they say, "We're not talking to you. You're a stranger." So he says, "Uh uh, I'm not the stranger. You know my name. You're the stranger. I don't know your names." It's youth, it's the rebel, it's the free spirit. So within the structure of this fantasy I try to tell how I feel about people who are not like other people, whom other people consider abnormal, strange. This is the

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070341

enemy to them. But it is he and the girl who finally bring the people of the village together, so that they're all human beings. Yes, I try to say something.

LANYI:   One last question: A growing number of comic artists are turning to teaching their art: Will Eisner, Harvey Kurtzman, Burne Hogarth, John Buscema, yourself, and now Joe Kubert. Why?

RICO:   We are by nature an unselfish breed. We've got so much stored up: techniques, feelings, everything else. And you love the medium. You want people to get into it and carry it on, to sustain and hopefully improve it, do something with it. And where are they going to learn it, especially today when you can't go into a publisher's office and get a job in a bullpen? You learn it in private schools and college-sponsored courses. And we're anxious for that. We want to see what's going to happen. It's a joy! It's a pleasure!

## NOTES

[1] (New York: Simon and Schuster, 1971), p. 67.

[2] "Up, Up, and Away--the Rise and Fall of comic Books," *The New York Times Book Review*, September 5, 1976, pp. 1, 9-11.

[3] In Wolfgang J. Fuchs and Reinhold Reitberger, *Comics: Anatomy of a Mass Medium* (London: Studio Vista, 1972), p. 156.

[4] In Pierre Couperie, Marice Horn, et al, *A History of the Comic Strip* (New York: Crown, 1968), p.5.

Copyright (c) 2000 Bell & Howell Information and Learning Company
Copyright (c) Popular Press

2021MARVEL-0070342