# EXHIBIT 22

facebook                                                                                          Log In



# Don Rico

@DonRicoArtist · Artist

■ Send message

Hi! Please let us know how we can help.

**Home**   About   Photos   Videos   More ▾                                    ⋯

## About                                                          See all

■ This page is a memorial to my father, Don Rico. All copyrights are reserved, but images and text may be reproduced for non-profit as long as credit is… **See more**

■ 132 people like this

■ 134 people follow this

■ http://deadwax.net/donrico/

## See more of Don Rico on Facebook

Log In            or            Create new account

facebook                                                                                     Log In



## Videos                                                                    See all



10:00

**Don Rico at the Science Fiction and Fantasy Art Show, Apri...**

 8

163 views · 3 years ago

### 🅕 Page transparency                                       See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - March 16, 2011

## See more of Don Rico on Facebook

Log In          or          Create new account

facebook  Log In

**Elizabeth Orleans Art**
Artist

Privacy · Terms · Advertising · Ad Choices ▶ · Cookies · More · Meta © 2022

**Don Rico**
July 25 at 3:34 PM · 🌐



0:00 / 7:28

**Buz Deadwax** is with **Cat Brewer** and **Michele Hart** at **Comic-Con International**.
July 23 at 1:08 PM · 🌐

The Bill Finger Award for Excellence in Comic Book Writing being

## See more of Don Rico on Facebook

Log In          or          Create new account

facebook                                                                                          Log In



**Buz Deadwax** is with **Cat Brewer** and **Michele Hart** at **Comic-Con International**.

July 24 at 10:42 AM · 🌐

**Don Rico** (1912–1985) was one of the first writer/artists in comic books, starting with a story in Fantastic Comics #1 (Dec. 1939) from Victor Fox's outfit, wher… **See more**

❤️👍 9                                                                        1 Share

　Like　　　　　💬 Comment　　　　　↪ Share

**Don Rico**
June 21 ·

# See more of Don Rico on Facebook

Log In　　　　or　　　　Create new account



facebook                                                                    Log In



👍😮  4

Like          Comment          Share

**Don Rico**
June 17 · 🌐

Walter E. Hurst – Law, You And… Illegal Sex
Law U Records – 7-103
Vinyl, LP, Album
1968
Illustrations by Don Rico



### See more of Don Rico on Facebook

Log In        or        Create new account







### See more of Don Rico on Facebook

Log In          or          Create new account