Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF THE RICOS' RESPONSE TO MARVEL CHARACTERS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

I, Jaymie Parkkinen, declare as follows:

1. I am a member of the bar of the State of California and an associate at the law firm Toberoff & Associates, P.C., counsel of record for Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos"). I submit this Declaration in support of the Ricos' Response to Marvel Characters, Inc.'s ("Marvel") Motion to Compel Production of Documents ("Motion"). Except where otherwise stated, I have personal knowledge of the facts set forth herein and if called as a witness could and would so testify.

2. Submitted herewith as "Exhibit 25" is a true and correct copy of Judge Kaplan's July 27, 2022 Order issued in *Marvel v. Lieber*, Case No. 21-CV-07957-LAK (S.D.N.Y.).

3. Submitted herewith as "Exhibit 26" is a true and correct copy of an email exchange between counsels for the parties dated August 18-26, 2022.

4. Submitted herewith as "Exhibit 27" is a true and correct copy of a document with bates number RICO-0025 produced by the Ricos in this case.

5. Submitted herewith as "Exhibit 28" is a true and correct copy of the Ricos' Answer and Counterclaim (Dkt. 22) filed in this case.

6. Submitted herewith as "Exhibit 29" is a true and correct copy of Marvel's Complaint for Declaratory Relief (Dkt. 1) filed in this case.

7. Submitted herewith as "Exhibit 30" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated April 12, 2022.

8. Submitted herewith as "Exhibit 31" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated April 28, 2022.

9. Submitted herewith as "Exhibit 32" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated May 11, 2022.

10. Submitted herewith as "Exhibit 33" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated May 27, 2022.

11. Submitted herewith as "Exhibit 34" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated June 24, 2022.

12. Submitted herewith as "Exhibit 35" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated July 29, 2022.

13. Submitted herewith as "Exhibit 36" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated August 8, 2022.

14. Submitted herewith as "Exhibit 37" is a true and correct copy of a conferral letter I sent to Marvel's counsel dated August 16, 2022.

15. Submitted herewith as "Exhibit 38" is a true and correct copy of Marvel's Supplemental Responses and Objections to the Rico Defendants' First Set of Requests for Production of Documents.

16. Submitted herewith as "Exhibit 39" is a true and correct copy of an email Marvel's counsel sent to David Currie dated August 8, 2022.

17. Submitted herewith as "Exhibit 40" is a true and correct copy of an email exchange between counsels for the parties dated January 10, 2022 to March 21, 2022.

18. Submitted herewith as "Exhibit 41" is a true and correct copy of an email from Marvel's counsel dated August 29, 2022.

19. Submitted herewith as "Exhibit 42" is a true and correct copy of an email exchange between counsels for the parties dated May 11-18, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on August 29, 2022, at Malibu, California.

                                        */s/ Jaymie Parkkinen*
                                         Jaymie Parkkinen