# Exhibit 26

# TOBEROFF
## & ASSOCIATES, PC

## Marvel - CD Cal Stip/EDNY Letter
8 messages

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>  Thu, Aug 18, 2022 at 3:42 PM
To: "Lens, Molly M." <mlens@omm.com>
Cc: "Feuer, Danielle" <dfeuer@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Molly:

We received Marvel's portions of its CD Cal Joint Stipulation and its EDNY Letter for a pre-motion conference.

Marvel's portion of the Joint Stipulation raises just a few action items; some have already been resolved and, as we believe those which remain can readily be resolved without burdening the Court, we are reaching out to you to do so. The following will resolve or have resolved the points raised by Marvel:

> 1) On August 9 and again on August 16, Defendants confirmed that their production of documents would be substantially completed on or before August 29, 2022. We again confirm today, that, subject to their right and obligation to supplement their productions, Defendants will complete their productions on or before August 29, 2022.
>
> 2) We have confirmed that David Currie will be producing documents on or before August 29, 2022, mooting our disagreement over whether the Ricos had any obligation to obtain documents from Mr. Currie (a person they had nothing to do with).
>
> 3) We will produce, on or before August 29, 2022, the *Kirby* documents in our possession (to the extent, if any, Marvel has not produced such documents) per the parties' agreement.
>
> 4) Concerning communications with the Copyright Office, Marvel never raised any issue with us during the parties' meet-and-confer sessions regarding the production of the termination notices, which were attached as Exhibit A to the Defendants' respective Answers & Counterclaims. Had Marvel raised this point, we could have easily resolved it. Regardless, Defendants will supplement their productions on or before August 29, 2022 to include the termination notices already in Marvel's possession plus any correspondence with the Copyright Office.
>
> 5) Concerning Buz Rico's website and Facebook page, Marvel never raised any issue with Buz Rico's Facebook page during the parties' meet-and-confer discussions. Regardless, we again specifically verified that Buz Rico does <u>not</u> have relevant documents related to the website or the Facebook page other than the website itself and the Facebook page itself. These were small, personal projects for which he simply copy-and-pasted information he found elsewhere online onto his webpages.

We believe the above adequately addresses the topics raised and the relief requested in Marvel's portion of the Joint Stipulation without the need for judicial intervention. If you disagree, then we suggest you provide a reciprocal extension (to the seven-day extension we provided you in the *Rico* case) until August 29 to enable the parties to discuss and resolve open items, if any.  Because Marvel's portion of the Joint Stipulation was submitted to us on August 16, our portion of the Joint Stipulation would normally be due on August 23, and the hearing date would be September 20 or later. Accordingly, the requested extension to August 29 would not change the September 20 hearing date. Further, if Marvel provides us with the combined stipulation before 5:00 p.m. on August 30, we will sign it for filing that same day.

As for the EDNY Letter, we similarly request a reciprocal extension until August 29 to respond. Magistrate Judge Merkl has set the pre-motion conference regarding Defendants' Letter for September 16, 2022. In light of this extension and our desire to avoid any undue burden on the Court, we will stipulate to have both letters discussed during the same September 16 conference.

Due to the time-sensitive nature of these matters, we ask that you promptly confirm that Defendants' portion of the Joint Stipulation and EDNY Letter will now be due on August 29, 2022.

Thank you,

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>     Fri, Aug 19, 2022 at 3:30 PM
To: "Lens, Molly M." <mlens@omm.com>
Cc: "Feuer, Danielle" <dfeuer@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Counsel –

We would appreciate your response to this, including a confirmation of the extension to provide Marvel with Defendants' portions of the CD Cal Joint Stipulation and EDNY Letter until August 29, 2022.

Thank you,

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

[Quoted text hidden]

---

**Feuer, Danielle** <dfeuer@omm.com>     Sat, Aug 20, 2022 at 12:27 PM
To: Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>, "Lens, Molly M." <mlens@omm.com>
Cc: "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Jaymie:

We will agree to the requested extension of the deadline for defendants' responsive submission in the E.D.N.Y. up through and including August 29, provided that (as you have proposed) you agree to return the signed joint submission we compile by August 30 for filing that same day and you stipulate to request that both parties' E.D.N.Y. pre-motion letters are addressed together at the calendared September 16 conference. As to the C.D. Cal. joint stipulation, we propose that the parties agree to the same; a consolidated hearing on September 20 is in the interests of both parties and the Court (and is just two weeks after your noticed date – and would just be one week later but for your request for an additional week).

We are still evaluating the items you have laid out in numerals 1 to 5 of your email and propose that we discuss them in tandem with your August 5 letter at our conferral session next week.

Sincerely,

Danielle

# O'Melveny

**Danielle R. Feuer**

dfeuer@omm.com

O: +1-213-430-6069

---

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA  90071

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Friday, August 19, 2022 6:31 PM
**To:** Lens, Molly M. <mlens@omm.com>
**Cc:** Feuer, Danielle <dfeuer@omm.com>; Petrocelli, Daniel M. <dpetrocelli@omm.com>; Burton, Allen <aburton@omm.com>; Turner, Kendall <kendallturner@omm.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>
**Subject:** Re: Marvel - CD Cal Stip/EDNY Letter

[EXTERNAL MESSAGE]

[Quoted text hidden]

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>                Mon, Aug 22, 2022 at 9:18 AM
To: "Feuer, Danielle" <dfeuer@omm.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Danielle –

With respect to the EDNY letter, we agree to submit Defendants' portion of the letter on or before August 29 and will sign it the same day you return it to us for review, so long as you provide it to us before 5:00 p.m. PST. We will further note, in Defendants' portion, the parties' agreement to have both parties' letters heard during the September 16 conference.

With respect to the CD Cal letter, we are unable to agree to continue the hearing on the Ricos' motion. Nonetheless, because the Ricos provided Marvel with a one-week courtesy extension and Marvel agreed to reciprocate (and even confirmed such agreement in Marvel's portion of the Ricos' Joint Stipulation, *see* 34:5-10), we again request that Marvel agree to honor the parties' agreement and confirm that the Ricos' portion of Marvel's Joint Stipulation will be due on or before August 29, 2022. As previously stated, we will agree to sign the combined stipulation on August 30 if Marvel submits the combined document to us before 5:00 p.m. Please confirm.

Thank you,

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

[Quoted text hidden]

---

**Feuer, Danielle** <dfeuer@omm.com>     Tue, Aug 23, 2022 at 9:00 AM
To: Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Jaymie:

We are disappointed by your refusal to agree to a joint hearing on the CD Cal discovery disputes—even though you clearly recognize the efficiencies of having the parties' competing motions heard in tandem and the fact that we are discussing a difference of just two weeks (which would be one week but for Defendants' demand for an additional week). As you well know, Marvel's advance "agreement" to provide an extension to the Ricos was extracted by your initial unwillingness to briefly pause the timeline on Defendants' surprise motion while we worked to see whether we could minimize or eliminate the parties' disputes without Court intervention per the mandate of the Local Rules (which was necessitated by your failure to properly meet and confer *before* service).

Nonetheless, Marvel will agree to extend the Ricos' time to respond up to and including August 29, provided that you honor your agreement to sign the combined stipulation on August 30 in time for us to file that same day. Marvel reserves all rights to seek relief from Court with respect to the illogical and inefficient hearing schedule that would result from Defendants' refusal to stipulate to a joint hearing. We understand that Defendants will oppose this request and will so advise the Court, as appropriate.

[Quoted text hidden]

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>     Thu, Aug 25, 2022 at 10:22 AM
To: "Feuer, Danielle" <dfeuer@omm.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Molly and Danielle –

It has been a week and we have not heard back from you regarding our offer, which essentially resolved all of the points raised in Marvel's CD Cal Joint Stipulation. If the purpose of Marvel's motion is to secure the things we are offering, why have you not responded? Defendants are making good faith efforts to avoid unnecessary motion practice and we request that Marvel do the same.

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com
_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

[Quoted text hidden]

---

**Feuer, Danielle** <dfeuer@omm.com>                                                                      Thu, Aug 25, 2022 at 7:29 PM
To: Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Jaymie:

As you will recall, we proposed in our August 20 message that we discuss these items at the parties' conferral session on Tuesday in tandem with our discussion of Defendants' interrogatories. You never responded to that proposal, nor did you raise the topic during that conferral session. Our discussion concerning the defendants' interrogatories ran well over its allotted hour, after you rejected our efforts to streamline that discussion in favor of retreading the same arguments over and over. It is disingenuous to suggest that we have somehow been an obstacle to a meaningful discussion on this matter, and we reject your attempt to manufacture a record to the contrary.

While we were hoping to have a true discussion—as opposed to yet another slew of back-and-forth emails and letters—it seems that is no longer on the table. Therefore, our response to your proposal is below:

Your proposal is not sufficient to moot MCI's motion to compel. Fundamentally, we disagree that Defendants have complied in earnest with their discovery obligations, much less that they have engaged in adequate searches. To the contrary, Defendants are asking MCI to do all the legwork in discovery, with Defendants holding MCI to an unreasonably high standard while being unwilling to put forth even the most basic efforts of their own. That is not acceptable. Put simply, we continue to believe that Defendants are withholding their full cooperation and, in turn, a full set of responsive documents.

As to the date for Defendants to complete their productions, Defendants have still not completed their productions. To the contrary, Defendants have only produced isolated documents in response to MCI's requests. In addition, Defendants remain unwilling to submit a stipulation and proposed order committing to an August 29 date to complete their productions. This issue is thus still open. Moreover, for avoidance of doubt, assurances as to a completion date do not temper MCI's independent concerns as to the adequacy of the corresponding searches and productions.

Additionally, although we acknowledge your belated agreement to now produce certain documents that were raised in MCI's motion (and should have been produced long ago), we emphasize that those categories were provided as *exemplars* of Defendants' deficient productions to date. (Please ensure that the Ricos' production includes copies of his Facebook page (public and private) and website, and all documents related thereto). Of course, MCI cannot know the full scope of all documents that Defendants have or could obtain but are withholding (or refusing to obtain). But, as these examples demonstrate, Defendants have unquestionably failed to obtain and produce many categories of highly relevant documents within their possession, custody, and control. To say the least, it is troubling that it took a motion to compel to prompt the defendants to offer any cooperation—and your offer to now produce certain unquestionably relevant documents in no way addresses the fundamental fact that Defendants have obviously not conducted a reasonably diligent search. Nor, of course, can we address the sufficiency of any ostensibly forthcoming productions at this time. For example, while you claim that Defendants will finally be producing responsive documents from Currie, you still haven't answered our questions about what documents Defendants have collected and will be producing.

For these reasons, MCI does not agree to withdraw its submissions. While this is not the reason that MCI is not agreeing to withdraw its submissions, we note that the Defendants--with no justification—continue to pursue their meritless and moot motions against MCI. Indeed, in an effort to try to justify their motions, Defendants' reply in the CD Cal. resorts to misleading and inaccurate statements. For the avoidance of doubt, MCI will apprise the Court about these misstatements at the appropriate time.

[Quoted text hidden]

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>  Fri, Aug 26, 2022 at 5:08 PM
To: "Feuer, Danielle" <dfeuer@omm.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Burton, Allen" <aburton@omm.com>, "Turner, Kendall" <kendallturner@omm.com>, Marc Toberoff <mtoberoff@toberoffandassociates.com>

Danielle:

The record speaks for itself. Marvel did not bother to respond to the Ricos' resolution offer for over a week, and then only after it was prompted to do so.

Marvel's motion to compel has very few action items. We addressed and resolved each of them in our offer last week, despite the fact that many of these easily resolvable issues had never been raised by Marvel in the parties' meet-and-confer discussions. Yet, Marvel insists on proceeding with its motion to compel even though it has not presented any issue that the Ricos have not resolved. Further, if there were any remaining unresolved issue, Marvel has made no attempt to address or resolve it.

Marvel's unwarranted conduct, including its recent dismissive email, more than proves that Marvel is bringing its frivolous motion solely as a contrived counterweight to the Ricos' substantive motion to compel. Under these circumstances, sanctions against Marvel would be appropriate, and we will seek them if Marvel proceeds with its artificial motion.

We emphasize that we remain willing to discuss and address any suggestions you may have for resolving any actual and specific remaining issue you have regarding the subject matter of your contemplated motion.

Regards,

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

[Quoted text hidden]