# Exhibit 27

December 5, 1965

Larry T. Shaw
Lancer Books
185 Madison Avenue
New York, N.Y.
10016

Dear Larry:

I find I cannot bring myself to sign the contract sent to me in regard to THE DAISY CAPER. There are so many things wrong with it from my point of view, I don't see how I can be expected to agree with its conditions or terms.

I don't understand its purpose or why, for this book, I must agree to terms different from the others between us. Neither do I understand the retroactive terms regarding THE RING-A-DING CAPER.

It is my understanding that contracts must be mutually beneficial in order to be functional at all. This one is strictly in favor of Lancer. I do not even have the benefit of being the author, my designation being simply "You" throughout the reading of the agreement, with the publishing house being the author.

As you know, I have never asked for any special terms in regard to my books, always going along with whatever I had to do the best way I could, and agreeing to whatever money was offered me. It seems a shame to me now that after all this time, my status is reduced to that of chattel. Writers, as I know you realize, will kill themselves to work for those who trust them, returning integrity with even more integrity. But all of this leaves a sour and very much disappointed taste in my mouth.

Should a work be immensely successful, then all should be able to benefit from it. Most publishers work to build an author's name so that the books will sell better. But to place a writer in the position where he is merely an employee, with no security, with no means of furthering his work, with no power to leave anything for his family as benefits from his work, this, I'm sure you will agree, belongs back in the dark ages.

I was, furthermore, supplied with no so-called "Outline." This was supplied by my, at length, after a letter from you designating what kind of character you wanted, this character being changed and embelished and worked into a plot by me.

The question of Lancer being able to execute documents in my name is absolutely out of the question. I am the only one who can do that. Not only that, the agreement also specifies that I shall not be given authorship credit of any kind! This is something I have reserved for myself, agreeing to other pen names when I thought it was all right, and asking for my name to be applied as author when I thought it would be helpful to me. Like everyone else in this world I have to think of my future. A name is all that a writer can sell.

I hope that there has been some re-thinking in regard to this agreement and its fairness concerning myself. Please be free to show this letter to anyone else who is involved in the policy of the agreement.

It is my job to make editors and publishers happy with my work as a writer. On the other hand, I must, I think, be made happy by the terms of any agreement or contract.

With all my best

DON RICO

RICO-0025