# Exhibit 34

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

23823 MALIBU ROAD, SUITE 50-363
MALIBU, CALIFORNIA 90265

Tel: (310) 246-3333 / Fax: (310) 246-3101
jparkkinen@toberoffandassociates.com

June 24, 2022

Via Email

Molly M. Lens
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

**RE:** *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK; *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK; *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK; *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-5316-DG-TAM; and *Marvel Characters, Inc. v. Rico*, No. 2:21-cv-07624-DMG-KES

Dear Molly:

We write to follow up on various discovery items. Many items in Marvel's June 15, 2022 letter have been mooted and, for the sake of efficiency, are not addressed herein.

### *Kirby* Productions

We agree to the following: (1) Marvel will produce all its *Kirby* documents regardless of the source of such documents, except privileged documents previously logged as such; and (2) once Marvel has completed its production of *Kirby* documents, or has identified bates ranges for *Kirby* documents Marvel knows it does not have, the Kirbys and Defendants will review and produce the *Kirby* documents which they have that Marvel does not have, if any. The Kirbys and Defendants will endeavor to avoid the production of duplicate *Kirby* documents, which Marvel has already produced.

### Marvel's Production

We are currently reviewing Marvel's fourth and fifth productions of documents and will address them in a separate letter.

### Defendants' Production

We disagree with Marvel's hyperbolic mischaracterizations of Defendants' productions and we decline to further engage with Marvel with respect to its staged incredulity.

We repeat, Defendants have made and are continuing to make productions which are in full

**TOBEROFF & ASSOCIATES, P.C.**

June 24, 2022
Molly M. Lens
Page: 2

compliance with the Federal and Local Rules and are consistent with their RFP responses. Marvel's volume-measuring contest is unpersuasive, particularly given that Marvel's first three productions produced many of the same documents numerous different times in a conspicuous attempt to boost its numbers. For example, Marvel produced the Jack Kirby artwork releases and the corresponding communications approximately ten different times. Marvel similarly dumped thousands of documents with little or no relevance to these cases.

As for the letter from Adrienne Colan listed in Defendants' privilege log, as stated, the letter is undated. We disagree that the date of a letter regarding potential *legal representation* is at all relevant to its privileged status. Nevertheless, our records do not date the letter, but our best estimate is that the document is from approximately 2009.

### Subpoena to Mark Ditko

We confirm that we interpret "creative contributions to Marvel from 1955 to 1985" to mean the same thing as "contributions to Marvel from 1955 to 1985."

We again decline Marvel's legally unsupported requests for gratuitous and unwarranted additional assurances, particularly as Mark Ditko has complied and will continue to comply with his obligations as a subpoenaed third party.

### Marvel's Second Set of Interrogatories

We again reject Marvel's theatrical portrayals and attempts to create its own rules of civil procedure. Defendants will respond to Marvel's Second Set of Interrogatories in accordance with the Federal and Local Rules and will duly count them toward Marvel's 25-interrogatory limit.

*   *   *

Nothing in this letter should be construed as a waiver or limitation of any of Defendants' or Subpoenaed Parties' rights or remedies, all of which are reserved.

Very truly yours,

Jaymie Parkkinen