# Exhibit 37

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

23823 MALIBU ROAD, SUITE 50-363
MALIBU, CALIFORNIA 90265

Tel: (310) 246-3333 / Fax: (310) 246-3101
jparkkinen@toberoffandassociates.com

August 16, 2022

<u>Via Email</u>

Allen Burton
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

RE:   *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK; *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK; *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK; *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-5316-DG-TAM; and *Marvel Characters, Inc. v. Rico*, No. 2:21-cv-07624-DMG-KES

Dear Allen:

We write in response to Marvel's August 12, 2022 letter and to follow up on various discovery matters.

## Defendants' Interrogatory Responses

Defendants provided their amended (and second amended) responses to Marvel's First and Second Sets of Interrogatories on August 12, 2022 (the same date as your letter). Defendants' responses were based on Defendants' personal knowledge, the knowledge of Defendants' agents within their control, and reliable information within their possession, custody, or control after a reasonable inquiry for the information requested. Further, Defendants provided Marvel with fulsome, good faith responses and went the extra mile to answer, not only Marvel's interrogatories, but also, each of Marvel's follow up questions seeking information beyond that which was requested by the interrogatories themselves. Again, please confirm that these amended responses moot Marvel's objections.

## Defendants' Production of Documents

As we have already informed you, Defendants (and Subpoenaed Parties) expect their production of documents to be substantially completed by August 29, 2022.

## David Currie

Marvel was obliged to contact David Currie to attempt to obtain documents responsive to Patrick Ditko's RFPs. That Mr. Currie later retained Defendants' counsel to represent him does

**TOBEROFF & ASSOCIATES, P.C.**

August 16, 2022
Allen Burton
Page: 2

not change that fact. Regardless, we are working with Mr. Currie to obtain relevant documents, the production of which should be substantially completed by August 29, 2022.

\*   \*   \*

Nothing in this letter should be construed as a waiver or limitation of any of Defendants', Subpoenaed Parties', or Mr. Currie's rights or remedies, all of which are reserved.

Very truly yours,

Jaymie Parkkinen