# Exhibit 39

**TOBEROFF & ASSOCIATES, PC**

## Ditko litigation
1 message

From: **Lens, Molly M.** <mlens@omm.com>
Date: Mon, Aug 8, 2022 at 11:38 AM
Subject: Ditko litigation
To: usadream1@aol.com <usadream1@aol.com>
Cc: mtoberoff@toberoffandassociates.com <mtoberoff@toberoffandassociates.com>, Feuer, Danielle <dfeuer@omm.com>

Mr. Currie –

I hope this email finds you well.  We represent Marvel in connection with the pending litigation concerning the termination notices served by Patrick Ditko, as the Executor for Steve Ditko's Estate.  We understand that Patrick and/or Mark Ditko (or their lawyers) have reached out to you to request your correspondence with Steve, Patrick, and Mark, and we're copying Marc Toberoff, their lawyer, here.

As we expect Mr. Toberoff (or one of his colleagues) has already explained, your correspondence with the Ditko's and their representatives is highly relevant to the pending litigation and the parties agree that the relevant information should be available to the court.  In particular, your recent book, *ditko shrugged*, has many quotes from Steve Ditko that speak to the circumstances under which he provided his creative services to Marvel.  And, of course, as your book acknowledges, this correspondence is not available from any other source.  We also understand from *ditko shrugged* that you have correspondence and interviews with other Marvel contributors about working for Marvel prior to the 1970s, and we'd be interested in that correspondence and/or interviews as well.

We hope that you will agree to help the parties.  We are happy to work with you to help facilitate the copying of the requested documents so as to minimize any inconvenience to you.  For example, we can arrange to have a messenger come to your house or office to pick up the materials and return them to you after the copying is done offsite. Alternatively, we can arrange to have someone come to you and do the copying onsite so that the materials never leave your possession.

We'd welcome an opportunity to discuss this with you.  My contact information is below.

Molly

**Molly M. Lens**

mlens@omm.com

O: +1-310-246-8593

O'Melveny & Myers LLP

1999 Avenue of the Stars, 7th Floor

Los Angeles, CA  90067

Website | LinkedIn | Twitter | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*