# Exhibit 41

**TOBEROFF & ASSOCIATES, PC**

## Marvel - Hearing Schedule on Discovery Motions & Forthcoming Ex Parte Application
1 message

**Feuer, Danielle** <dfeuer@omm.com>　　　　　　　　　　　　　　　　Mon, Aug 29, 2022 at 3:51 PM
To: Marc Toberoff <mtoberoff@toberoffandassociates.com>, Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Burton, Allen" <aburton@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Turner, Kendall" <kendallturner@omm.com>

Marc and Jaymie –

Following up on our prior conversations, we intend to move ex parte tomorrow to consolidate the hearings on the parties' respective joint submissions in the Rico case on September 20 or another date of the Court's choosing. We presume that we should advise the Court that the Defendants oppose the request, but please let us know promptly if you have reconsidered.

Danielle

### O'Melveny

**Danielle R. Feuer**

dfeuer@omm.com

O: +1-213-430-6069

---

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA  90071

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*