1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
6  Facsimile: +1 310 246 6779

7  *Attorneys for Plaintiff Counterclaim-
   Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No.: 2:21-cv-07624-DMG-KES |
| Plaintiff, | [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | **[PROPOSED] ORDER** |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

ALLEN W. BURTON (admitted *pro hac vice*)
aburton@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:  +1 212 326 2000
Facsimile:   +1 212 326 2061

KENDALL TURNER (S.B. #310269)
kendallturner@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(ctd.)*

## [PROPOSED] ORDER

This matter came before the Court upon the Motion of Plaintiff Marvel Characters, Inc. ("MCI") for an Order Compelling Defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants") to Produce Documents (the "Motion").

The Court, having considered the parties' moving papers and joint stipulation, and finding good cause therefor, hereby GRANTS MCI's Motion and ORDERS as follows:

1. Defendants shall conduct a reasonably diligent search for all responsive documents within their possession, custody, and control and, within seven (7) days of this Order, produce all non-privileged documents that are responsive to MCI's Requests for Production; and

2. Defendants shall, within seven (7) days of this Order, supplement their interrogatory responses to (a) identify any additional collection efforts and/or searches they conducted in response to this Order, including identifying any additional custodians from whom they solicited documents; and (b) confirm that all non-privileged, responsive documents have been produced.

IT IS SO ORDERED.

Dated: _____        _____
                                        HONORABLE KAREN E. SCOTT
                                        U.S. MAGISTRATE JUDGE