DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

*Attorneys for Plaintiff Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>Defendants. | Case No.: 2:21-cv-07624-DMG-KES<br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT]<br><br>**MARVEL CHARACTERS, INC.'S *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS** |
| MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>Counterclaimants,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>Counterclaim-Defendants. | |

ALLEN W. BURTON (admitted *pro hac vice*)
aburton@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   +1 212 326 2000
Facsimile:    +1 212 326 2061

KENDALL TURNER (S.B. #310269)
kendallturner@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:   +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Plaintiff and Counterclaim-
Defendant Marvel Characters, Inc.
(ctd.)*

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that plaintiff Marvel Characters, Inc. ("MCI") hereby requests that the hearings on the motions to compel discovery filed by defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants"), on the one hand, and MCI, on the other, be consolidated and heard together during a single session of this Court.  To that end, MCI requests that the hearing on Defendants' motion, currently set for hearing on September 6, 2022, be continued to September 20, 2022, on which date MCI's motion is noticed to be heard.  Alternatively, MCI requests that both hearings be reset for a consolidated hearing on such other date as would be convenient for the Court.

This *ex parte* application is made on the grounds that the parties' motions present interrelated issues, and should be heard in tandem to avoid the potential for inconsistent rulings and duplication of effort and resources by the Court and the parties.  The interests of party and judicial efficiency would be ill-served by uncoordinated, successive hearings on these matters.

MCI gave notice of this *ex parte* application to counsel for Defendants.  *See* Declaration of Molly M. Lens ("Lens Decl.") ¶ 2 & Exs. 1-2.  Defendants refused to stipulate to the relief MCI seeks.  *See id.*

This *ex parte* application is made pursuant to Local Rule 7-19 and is based on this application, the attached memorandum of points and authorities, the concurrently filed declaration of Molly M. Lens, such further showing or evidence that MCI may present at any hearing on this *ex parte* application, and any other matters properly before this Court.

| | |
|---|---|
| 1 | Dated:  August 30, 2022 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated:  August 30, 2022

Respectfully submitted,

**O'MELVENY & MYERS LLP**

By: */s/ Daniel M. Petrocelli*
_____
Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Allen Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

*Attorneys for Marvel Characters, Inc.*

## **MEMORANDUM OF POINTS & AUTHORITIES**

Plaintiff Marvel Characters, Inc. ("MCI") requests an order consolidating the hearings on the motions to compel discovery filed by defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants"), on the one hand, and MCI, on the other. *See* Dkts. 37, 41. To that end, MCI requests that the hearing on Defendants' motion, currently set for hearing on September 6, 2022, be continued to September 20, 2022, when MCI's motion is noticed to be heard. Alternatively, MCI requests that both hearings be reset for a consolidated hearing on such other date as would be convenient for the Court. There is good cause for this *ex parte* application because it will avoid the potential for inconsistent rulings, enable the Court to rule in view of the full context of the parties' discovery disputes, and reduce the burden on the Court and the parties. It would be wasteful of time and resources to have the Court and the parties reconvene just two weeks apart to consider interrelated disputes—when they easily could be heard in a single joint hearing without any prejudice to either party.

On August 1, Defendants served MCI with a joint stipulation of their motion to compel without properly meeting and conferring. Lens Decl., Ex. 3. MCI sought an extension of the time to serve its responsive portion so that the parties could explore the possibilities for narrowing, or even eliminating, the parties' disputes without judicial intervention—a process that, of course, should have preceded Defendants' motion. Lens Decl., Ex. 4. While Defendants ultimately agreed to a short extension, they conditioned that agreement on MCI offering *them* an extension of the time to respond to MCI's anticipated stipulation. *Id.*

Based on the extension that MCI afforded Defendants, MCI was unable to file its motion to compel until today. That made the earliest date for a hearing September 20—two weeks after Defendants' motion is set to be heard. But that

- 1 -

timeline makes little practical sense for the parties or the Court.  After all, it would require the Court to consider the parties' motions in piecemeal, notwithstanding that both implicate interrelated issues of the parties' respective cooperation and pace of production, the implications of obstacles such as the passage of time for document collection and production in this matter, and the proper scope and burdens of discovery in view of full picture of the parties' dispute.

In fact, Defendants' counsel has essentially recognized that the hearings should be consolidated by agreeing to a joint hearing on the parties' dueling discovery motions in the companion case in the Eastern District of New York due to their stated "desire to avoid any undue burden on the Court."  Lens Decl., Ex. 2. However, before *this* Court, Defendants have withheld such consent.  *Id.*; *see also* Lens Decl., Ex. 1.  And Defendants have not—and cannot—offer any principled basis for this position—apart from their general opposition to MCI's motion to compel.  *Id.*

The economy and practicality of a consolidated hearing vastly outweigh the short two-week continuance of the hearing on Defendants' motion—and this is particularly so where MCI has *already* produced all responsive, non-privileged documents in its possession, custody, or control.  *See* Lens Decl., Ex. 5.  There is, therefore, no discovery for Defendants to compel in any event.  Nonetheless, the Court will need to consider the full context of the discovery efforts undertaken by all parties in this case to fully evaluate either Defendants' or MCI's motion, making a consolidated hearing the only appropriate resolution.

For the foregoing reasons, MCI requests that the hearing on Defendants' motion, currently set for hearing on September 6, 2022, be continued to September 20, 2022, or that the Court reset both hearings for such other joint date as would be convenient for the Court.

Dated:  August 30, 2022

Respectfully submitted,

**O'MELVENY & MYERS LLP**


By: */s/ Daniel M. Petrocelli*
                    Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Allen Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

*Attorneys for Marvel Characters, Inc.*

- 3 -