1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
6  Facsimile: +1 310 246 6779

7  *Attorneys for Plaintiff Counterclaim-
   Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. <br><hr> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No.: 2:21-cv-07624-DMG-KES <br><br> [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] <br><br> **DECLARATION OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.'S EX PARTE APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS** |

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, New York  10036-6537
4  Telephone:  +1 212 326 2000
   Facsimile:   +1 212 326 2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC  20006-4061
8  Telephone:  +1 202 383 5300
   Facsimile:   +1 202 383 5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Molly M. Lens, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel for plaintiff Marvel Characters, Inc. ("MCI") in this action, and a member of the bar of this Court. I submit this declaration based on my personal knowledge and review of the documents referenced herein. If called and sworn as a witness, I could and would testify competently thereto. I submit this Declaration in support of MCI's *Ex Parte* Application (the "Application") for an order consolidating the hearings on the motions to compel discovery filed by defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants"), on the one hand, and MCI, on the other.

2. MCI informed Defendants on several occasions that it intended to seek the relief requested herein, *i.e.*, a consolidated hearing on the parties' discovery motions. It did so, *inter alia*, in email correspondence dated August 20, August 23, and August 29 (*see* Exs. 1-2). Defendants repeatedly refused to stipulate to a joint hearing (*see id.*). Therefore, MCI was left to resort to seeking the intervention of this Court.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange among counsel spanning August 29, 2022 to August 30, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email exchange among counsel spanning August 18, 2022 to August 25, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Defendants' counsel dated August 1, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email exchange among counsel spanning August 3, 2022 to August 12, 2022.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Marvel Characters, Inc.'s Second Supplemental Responses and Objections to Defendant Nanci Solo's Second Set of Interrogatories.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2022.

By:                              */s/ Molly M. Lens*
                                   Molly M. Lens