# EXHIBIT 3

# Feuer, Danielle

| | |
|---|---|
| **From:** | Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> |
| **Sent:** | Monday, August 1, 2022 9:13 PM |
| **To:** | Lens, Molly M. |
| **Cc:** | Feuer, Danielle; Marc Toberoff; Burton, Allen; Turner, Kendall; Petrocelli, Daniel M. |
| **Subject:** | Marvel - Ricos' Joint Stip on MTC |
| **Attachments:** | Ricos' MTC.zip |

[EXTERNAL MESSAGE]

Counsel –

Please find attached a zip file containing the following:
1) The Ricos' Portion of the Joint Stipulation on their Motion to Compel;
2) Declaration of Marc Toberoff in Support; and
3) Exhibits 1 through 27.

Pursuant to CD Cal. LR 37-2.2, please provide us with Marvel's portion of the Joint Stipulation on or before August 8, 2022.

Regards,


Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com
_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.