1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California  90067-6035
   Telephone:  +1 310 553 6700
6  Facsimile:   +1 310 246 6779

7  *Attorneys for Plaintiff Counterclaim-
   Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No.: 2:21-cv-07624-DMG-KES |
| Plaintiff, | [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | **[PROPOSED] ORDER** |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, New York  10036-6537
4  Telephone:  +1 212 326 2000
   Facsimile:   +1 212 326 2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC  20006-4061
8  Telephone:  +1 202 383 5300
   Facsimile:   +1 202 383 5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **[PROPOSED] ORDER**

This matter came before the Court upon the *Ex Parte* Application (the "Application") of Plaintiff Marvel Characters, Inc. ("MCI") for an order consolidating the hearings on the motions to compel discovery filed by defendants Michele Hart-Rico and Buz Donato F. Rico III's ("Defendants"), on the one hand, and MCI, on the other.

Upon consideration of MCI's Application, and finding good cause therefor, the Court GRANTS the Application and ORDERS as follows:

1. The hearing on Defendants' motion to compel, currently set for hearing on September 6, 2022, at 10:00 a.m., shall be continued to September 20, 2022, at 10:00 a.m.

2. Defendants' motion to compel and MCI's motion to compel shall be heard together during a consolidated hearing at such time.

IT IS SO ORDERED.

Dated: _____        _____
                                    HONORABLE KAREN E. SCOTT
                                    U.S. MAGISTRATE JUDGE