Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>Plaintiff, <br>v. <br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>Counterclaimants, <br>v. <br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br>Counterclaim-Defendants. | **DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF THE RICOS' OPPOSITION TO MARVEL CHARACTERS, INC.'S *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES** |

I, Jaymie Parkkinen, declare as follows:

1. I am a member of the bar of the State of California and an associate at the law firm Toberoff & Associates, P.C., counsel of record for Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos"). I submit this Declaration in support of the Ricos' Opposition to Marvel Characters, Inc.'s ("Marvel") *Ex Parte* Application to Consolidate Hearing Dates. Except where otherwise stated, I have personal knowledge of the facts set forth herein and if called as a witness could and would so testify.

2. Submitted herewith as "Exhibit 1" is a true and correct copy of an email exchange among counsel for the parties dated August 29-30, 2022.

3. Submitted herewith as "Exhibit 2" is a true and correct copy of the Notice of Electronic Filing for Document Number 42 in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on August 31, 2022, at Malibu, California.

                                          */s/ Jaymie Parkkinen*
                                            Jaymie Parkkinen