# Exhibit 1

**TOBEROFF & ASSOCIATES, PC**

# Marvel - Hearing Schedule on Discovery Motions & Forthcoming Ex Parte Application
4 messages

---

**Feuer, Danielle** <dfeuer@omm.com>                                            Mon, Aug 29, 2022 at 3:51 PM
To: Marc Toberoff <mtoberoff@toberoffandassociates.com>, Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
Cc: "Lens, Molly M." <mlens@omm.com>, "Burton, Allen" <aburton@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Turner, Kendall" <kendallturner@omm.com>

Marc and Jaymie –

Following up on our prior conversations, we intend to move ex parte tomorrow to consolidate the hearings on the parties' respective joint submissions in the Rico case on September 20 or another date of the Court's choosing. We presume that we should advise the Court that the Defendants oppose the request, but please let us know promptly if you have reconsidered.

Danielle

## O'Melveny

**Danielle R. Feuer**

dfeuer@omm.com

O: +1-213-430-6069

---

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA  90071

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>                     Tue, Aug 30, 2022 at 9:11 AM
To: "Feuer, Danielle" <dfeuer@omm.com>
Cc: Marc Toberoff <mtoberoff@toberoffandassociates.com>, "Lens, Molly M." <mlens@omm.com>, "Burton, Allen" <aburton@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Turner, Kendall" <kendallturner@omm.com>

Danielle:

Marvel's Motion to Compel had very few action items, which were resolved by our August 18, 2022 offer. That proposal was virtually ignored, underscoring that the whole purpose of Marvel's Motion is to serve as a distraction and counterweight to the Ricos' merited Motion to Compel before the same Court. Marvel's desire to have them heard simultaneously, while posited as for the Court's convenience, is only further evidence of Marvel's deflective objective. If Marvel was truly concerned about taxing the Court's resources, it would have accepted our offer or at least made a counter-proposal, both of which it failed to do. Given Marvel's improper motives, yes, the Ricos do oppose Marvel's request to continue the hearing on the Ricos' Motion so as to consolidate the hearings.

Further, we have noticed that in Marvel's motion practice, it has selectively excluded some of our correspondence in response to Marvel's correspondence. Please include this response in Marvel's ex parte application.

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

[Quoted text hidden]

---

**Feuer, Danielle** <dfeuer@omm.com>   Tue, Aug 30, 2022 at 10:30 AM
To: Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
Cc: Marc Toberoff <mtoberoff@toberoffandassociates.com>, "Lens, Molly M." <mlens@omm.com>, "Burton, Allen" <aburton@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Turner, Kendall" <kendallturner@omm.com>

Jaymie:

Needless to say, we firmly disagree with your positions. Your August 18 "offer" did not resolve the action items in MCI's motion; MCI's motion is by no means intended to "serve as a distraction" but rather has proved a necessary vehicle to obtain any meaningful cooperation in discovery by Defendants; and MCI's desire to have the motions heard together furthers party and judicial efficiency and is crucial to ensuring the Court has the benefit of the full context of the parties' disputes when ruling on either motion. And, as you will recall, MCI *did* offer a compromise that the parties stipulate to a reciprocal date for completion of their productions (and we reminded you of this proposed compromise in our August 25 email), but Defendants refused to so stipulate. MCI has no "improper motive"—it simply seeks the discovery necessary to fully and fairly litigate this matter. Nonetheless, we will, of course, provide your position to the Court, including this exchange.

Sincerely,

Danielle

# O'Melveny

**Danielle R. Feuer**

dfeuer@omm.com

O: +1-213-430-6069

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA 90071

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Tuesday, August 30, 2022 12:11 PM
**To:** Feuer, Danielle <dfeuer@omm.com>
**Cc:** Marc Toberoff <mtoberoff@toberoffandassociates.com>; Lens, Molly M. <mlens@omm.com>; Burton, Allen <aburton@omm.com>; Petrocelli, Daniel M. <dpetrocelli@omm.com>; Turner, Kendall <kendallturner@omm.com>
**Subject:** Re: Marvel - Hearing Schedule on Discovery Motions & Forthcoming Ex Parte Application

[EXTERNAL MESSAGE]

[Quoted text hidden]

---

**Jaymie Parkkinen** <jparkkinen@toberoffandassociates.com>                          Tue, Aug 30, 2022 at 11:22 AM
To: "Feuer, Danielle" <dfeuer@omm.com>
Cc: Marc Toberoff <mtoberoff@toberoffandassociates.com>, "Lens, Molly M." <mlens@omm.com>, "Burton, Allen" <aburton@omm.com>, "Petrocelli, Daniel M." <dpetrocelli@omm.com>, "Turner, Kendall" <kendallturner@omm.com>

Danielle:

Your response is a blank denial lacking substance. The only thing mentioned as justification for Marvel proceeding with its moot and unnecessary motion is that Marvel wanted the Ricos to stipulate to substantially complete their production on August 22, 2022, in response to which we informed Marvel that the Ricos would simply need an extra week, until August 29. As the Ricos substantially completed their production on August 29 as promised, your response further underscores that Marvel's motion is gratuitous, and filed for an improper tactical purpose.

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

[Quoted text hidden]