# Exhibit 2

**TOBEROFF & ASSOCIATES, PC**

---

## Activity in Case 2:21-cv-07624-DMG-KES Marvel Characters, Inc. v. Michele Hart-Rico et al Motion to Continue

1 message

---

**cacd_ecfmail@cacd.uscourts.gov** <cacd_ecfmail@cacd.uscourts.gov>　　　　　Tue, Aug 30, 2022 at 10:40 PM
To: noreply@ao.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Petrocelli, Daniel on 8/30/2022 at 10:40 PM PDT and filed on 8/30/2022
**Case Name:**　　Marvel Characters, Inc. v. Michele Hart-Rico et al
**Case Number:**　2:21-cv-07624-DMG-KES
**Filer:**　　　　　Marvel Characters, Inc.
**Document Number:** 42

**Docket Text:**
**EX PARTE APPLICATION to Continue Hearing from September 6 to September 20 Re: MOTION to Compel Marvel's Production of Documents [37] filed by Plaintiff & Counterclaim Defendant Marvel Characters, Inc.. (Attachments: # (1) Declaration OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.S EX PARTE APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS, # (2) Exhibit # 1, # (3) Exhibit # 2, # (4) Exhibit # 3, # (5) Exhibit # 4, # (6) Exhibit # 5, # (7) Proposed Order Proposed Order) (Petrocelli, Daniel)**

**2:21-cv-07624-DMG-KES Notice has been electronically mailed to:**

Allen W. Burton &nbsp &nbsp aburton@omm.com

Daniel M. Petrocelli &nbsp &nbsp dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com, MarvelCopyrightTerminationCases@omm.com

Danielle Rebecca Feuer &nbsp &nbsp dfeuer@omm.com, dfeuer@omm.com

Kendall Kelly Alexis Turner &nbsp &nbsp kendallturner@omm.com, kendall-turner-0005@ecf.pacerpro.com, scocchiaro@omm.com

Marc Toberoff &nbsp &nbsp mtoberoff@toberoffandassociates.com, bkadaba@toberoffandassociates.com, jparkkinen@toberoffandassociates.com, msiravo@toberoffandassociates.com

Molly Manning Lens &nbsp &nbsp mlens@omm.com, molly-lens-1739@ecf.pacerpro.com

**2:21-cv-07624-DMG-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\MCI v. Hart-Rico - Ex Parte Application.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-0
] [6bed19e6fbd55580d18380ec67eda2f0251e065a3422bd3ed86df01ba2819a5c068
7ca32e313e8ec4aef6eb6511166e1c2c58ea3302d1713bf3a38a55827dd8a]]
**Document description:** Declaration OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.S EX PARTE APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS
**Original filename:** C:\fakepath\MCI v. Hart-Rico - Lens Declaration ISO Ex Parte Application.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-1
] [39f3a977873c77fe8f95892f322407802b39e05cf356159e999b861ce895b4a77fe
89d432c06e69f29255600f2fabcf286b51377a908cb6516b34f88691a7862]]
**Document description:** Exhibit # 1
**Original filename:** C:\fakepath\Lens Decl. Exhibit 1.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-2
] [3371a0e256fa96ebd65f5ecb6d14f9453edae18d1959009b77421aac6f2d6fb7c0e
cea98f8c83ba3e3fe1da6ab59e9580210a96ba7744b5b7ba021a7e004fd0f]]
**Document description:** Exhibit # 2
**Original filename:** C:\fakepath\Lens Decl. Exhibit 2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-3
] [954b24442993deaa52f1a614f34dc4f0e73b164b575417fff6447e36e81f518ac3b
6bf1b242d2af2cddecd11d3bdda6b9ead06ada43defd156c9f02da033b529]]
**Document description:** Exhibit # 3
**Original filename:** C:\fakepath\Lens Decl. Exhibit 3.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-4
] [5149026cc6561bd7c2f8a0b77bc49adfcb5083154e583cd00651fa973583063c4d0
d60590577f3c5855cbfa08debec6c4ab60755f6ec990f45533f370a9ada3a]]
**Document description:** Exhibit # 4
**Original filename:** C:\fakepath\Lens Decl. Exhibit 4.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-5
] [740879e1f89fff260347d93becc90d5dfd69b0c97ca0001619c8a42b71e43b25408
95feab6bcad3e0a56991a91e0eb5ad2b0d06f54a0a4006871ff622269ecd6]]
**Document description:** Exhibit # 5
**Original filename:** C:\fakepath\Lens Decl. Exhibit 5.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-6
] [62d10557ea8c052cb835d7be72274d6adb60e547c4f08b267b1f5d939d862814e2b
ed860189a7e84868fb03096790ac73599a3d86e9034a245bbb3a9601009c4]]
**Document description:** Proposed Order Proposed Order
**Original filename:** C:\fakepath\MCI v. Hart-Rico - Proposed Order re Ex Parte Application.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/30/2022] [FileNumber=34499433-7
] [9b5bf853a82db9f939b8d4c8c2b15f31115b86997050870a506f5c36b8a5978335a
c3ebdf4492bf6d39db44d1399b0a7e115aaa56bd955dcf6caed71ff4bbec6]]