# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:21-cv-07624-DMG-KESx            Date: August 31, 2022

Title: MARVEL CHARACTERS, INC. v. MICHELE HART-RICO, et al.

---

PRESENT:

    THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**      Order Denying Plaintiff's Ex Parte Application to Consolidate Hearing Dates (Dkt. 42)

"Unless the Court in its discretion otherwise allows, no discovery motions may be filed or heard on an ex parte basis absent a showing of irreparable injury or prejudice not attributable to the lack of diligence of the moving party." Local Rule 37-3. The ex parte application filed by Plaintiff/Counterclaim Defendant Marvel Characters, Inc. (Dkt. 42) seeking to re-schedule the hearing on a motion to compel discovery filed by Defendant/Counterclaim Plaintiffs Michele Hart-Rico and Buz Donato F. Rico III (Dkt. 37) does not meet this standard. While the Court appreciates the suggestion as a matter of efficiency, efficiency does not overcome the moving parties' objections to delaying the hearing on their earlier-filed motion. Accordingly, the ex parte application is DENIED.

The hearing on Defendant/Counterclaim Plaintiffs' motion (Dkt. 37) will take place as noticed on September 6, 2022, at 10:00 AM before Magistrate Judge Karen E. Scott in Courtroom 6D.

The hearing on Plaintiff/Counterclaim Defendant's motion (Dkt. 41) will take place on September 20, 2022, at 10:00 AM before Magistrate Judge Karen E. Scott in Courtroom 6D.

Parties wishing to appear telephonically may request to do so at least three days before either hearing.

Initials of Deputy Clerk JD