Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>Plaintiff,<br>v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>Defendants.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>Counterclaimants,<br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>Counterclaim-Defendants. | Case No. 2:21-cv-07624-DMG-KES<br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT]<br><br>**JOINT REQUEST TO APPEAR TELEPHONICALLY AT SEPTEMBER 6, 2022 HEARING ON THE RICOS' MOTION TO COMPEL**<br><br>Hearing Date: September 6, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Non-expert Discovery Cutoff: November 18, 2022<br>Pretrial Conf.: May 9, 2023<br>Trial: June 6, 2023 |

Pursuant to this Court's Individual Procedures, counsel for Defendants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos") and counsel for Marvel Characters, Inc. ("Marvel") hereby jointly request that each be permitted to appear telephonically at the hearing on the Ricos' Motion to Compel Marvel Characters, Inc.'s Production of Documents, set to be heard before this Court at 10:00 a.m. on September 6, 2022.

Respectfully submitted,

Date: August 31, 2022  **TOBEROFF & ASSOCIATES, P.C.**

By:    */s/ Jaymie Parkkinen*
       Jaymie Parkkinen

*jparkkinen@toberoffandassociates.com*
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III, heirs of Donato Francisco Rico II*

DATED: August 31, 2022  **O'MELVENY & MYERS LLP**

By:    */s/ Molly M. Lens*
       Molly M. Lens

*mlens@omm.com*
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Marvel Characters, Inc.*