# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:21-cv-07624-DMG-KESx            Date: September 1, 2022

Title: MARVEL CHARACTERS, INC. v. MICHELE HART-RICO, et al.

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

|  Jazmin Dorado  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    Order Granting Joint Request to Appear Telephonically (Dkt. 45)

The parties' joint request that each be permitted to appear telephonically at the hearing on the Ricos' Motion to Compel Marvel Characters, Inc.'s Production of Documents, set to be heard before this Court at 10:00 a.m. on September 6, 2022, is GRANTED.

The call-in number is 877-848-7030, and the access code is 7771217.

Initials of Deputy Clerk <u>JD</u>