# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:21-cv-07624-DMG-KESx                              Date: September 6, 2022

Title: MARVEL CHARACTERS, INC. v. MICHELE HART-RICO, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 9/6/22 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Daniel Petrocelli | Marc Toberoff |
| Molly Lens | Jaime Parkkinen |
| Matt Kaiser | |

---

**PROCEEDINGS:**    Telephonic Hearing re Defendants' Motion to Compel Marvel's Production of Documents (Dkt. 37)

Case is called. Counsel state their appearances. Oral arguments are heard. The Court rules on the motion as stated on the record.

00 : 46

Initials of Deputy Clerk JD