DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **JOINT STIPULATION REGARDING THE DEADLINE FOR SUPPLEMENTAL MEMORANDUMS PER LOCAL RULE 37-2.3** <br><br> District Judge: Dolly M. Gee <br> Magistrate Judge: Karen E. Scott |

1  ALLEN W. BURTON (admitted pro hac vice)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, NY 10036
4  Telephone: (212) 326-2000
   Facsimile: (212) 326-2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 I Street NW
   Washington, DC 20006
8  Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. ("Marvel") and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (the "Ricos" and, collectively with Marvel, the "Parties") stipulate as follows:

**WHEREAS**, on August 30, Marvel filed a joint stipulation seeking relief associated with the Ricos' production of documents (the "Motion").

**WHEREAS**, the Motion is scheduled to be heard on September 20, 2022.

**WHEREAS**, by operation of Local Rule 37-2.3, Marvel's supplemental memorandum of law in further support of the Motion, as well as the Rico's supplemental memorandum of law in opposition to the Motion, are due today, September 6, 2022.

**WHEREAS**, the parties are engaged in ongoing meet-and-confer discussions about the Motion.

**WHEREAS**, the parties have met and conferred and have agreed to jointly request that the deadline for supplemental memorandums be extended to Friday, September 9, 2022, so that they can continue their discussions.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The deadline to file supplemental memorandums, if any, regarding Marvel's August 30 Motion is extended to September 9, 2022.

| | |
|---|---|
| Dated: September 6, 2022 | **O'MELVENY & MYERS LLP** |

By:  */s/ Molly M. Lens*
　　　Molly M. Lens

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen W. Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Marvel Characters, Inc.*

| | |
|---|---|
| Dated: September 6, 2022 | **TOBEROFF & ASSOCIATES, P.C.**<br><br>By: */s/ Marc Toberoff*<br>　　　Marc Toberoff<br><br>Marc Toberoff<br>mtoberoff@toberoffandassociates.com<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III* |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 6, 2022　　　　　　**O'MELVENY & MYERS LLP**

By:　*/s/ Molly M. Lens*
　　　Molly M. Lens

*Attorneys for Marvel Characters, Inc.*