DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING THE DEADLINE FOR SUPPLEMENTAL MEMORANDUMS PER LOCAL RULE 37-2.3** <br><br> District Judge: Dolly M. Gee <br> Magistrate Judge: Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

[PROPOSED] ORDER

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, NY 10036
4  Telephone:   (212) 326-2000
   Facsimile:   (212) 326-2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 I Street NW
   Washington, DC 20006
8  Telephone:   (202) 383-5300
   Facsimile:   (202) 383-5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court has reviewed and considered the Parties' Joint Stipulation |
| 3 | Regarding the Deadline for Supplemental Memorandums Pursuant to Local Rule |
| 4 | 37-2.3 and hereby extends the filing deadline from September 6, 2022 to |
| 5 | September 9, 2022. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | |
| 10 | Dated: September __, 2022         _____ |
| 11 |                                                       Hon. Karen E. Scott |