DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIELLE FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING THE DEADLINE FOR SUPPLEMENTAL MEMORANDUMS PER LOCAL RULE 37-2.3** <br><br> District Judge: Dolly M. Gee <br> Magistrate Judge: Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

| | |
|---|---|
| 1 | ALLEN W. BURTON (admitted *pro hac vice*) |
| 2 | aburton@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | Times Square Tower<br>7 Times Square |
| 4 | New York, NY 10036<br>Telephone:   (212) 326-2000 |
| 5 | Facsimile:    (212) 326-2061 |
| 6 | KENDALL TURNER (S.B. #310269)<br>kendallturner@omm.com |
| 7 | O'MELVENY & MYERS LLP<br>1625 I Street NW |
| 8 | Washington, DC 20006<br>Telephone:   (202) 383-5300 |
| 9 | Facsimile:    (202) 383-5414 |
| 10 | *Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. (ctd.)* |

1 **[PROPOSED] ORDER**

2     The Court has reviewed and considered the Parties' Joint Stipulation

3 Regarding the Deadline for Supplemental Memorandums Pursuant to Local Rule

4 37-2.3 and hereby extends the filing deadline from September 6, 2022 to

5 September 9, 2022.

7     **IT IS SO ORDERED.**

9     Dated: September _6, 2022      *Karen E. Scott*
10                                                         Hon. Karen E. Scott