1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  DANIELLE FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
6  Facsimile: +1 310 246 6779

7  *Attorneys for Plaintiff Counterclaim-
   Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No.: 2:21-cv-07624-DMG-KES |
| Plaintiff, | [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT] |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | **MARVEL CHARACTERS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS** |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | Date: September 20, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D |
| Counterclaimants, | |
| v. | Non-expert Discovery Cutoff: November 18, 2022<br>Pretrial Conf.: May 9, 2023<br>Trial: June 6, 2023 |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

1  ALLEN W. BURTON (admitted *pro hac vice*)
   aburton@omm.com
2  O'MELVENY & MYERS LLP
   Times Square Tower
3  7 Times Square
   New York, New York  10036-6537
4  Telephone:  +1 212 326 2000
   Facsimile:   +1 212 326 2061
5
   KENDALL TURNER (S.B. #310269)
6  kendallturner@omm.com
   O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC  20006-4061
8  Telephone:  +1 202 383 5300
   Facsimile:   +1 202 383 5414
9
   *Attorneys for Plaintiff and Counterclaim-*
10 *Defendant Marvel Characters, Inc.*
   *(ctd.)*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that plaintiff Marvel Characters, Inc. ("MCI") hereby withdraws its Motion to Compel Defendants' Production of Documents (the "Motion"), and therefore respectfully requests that the hearing on the Motion, currently set for September 20, 2022, be taken off calendar.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 12, 2022 | **O'MELVENY & MYERS LLP** |
| 3 | | |
| 4 | | By: */s/ Daniel M. Petrocelli* |
| 5 | | Daniel M. Petrocelli |

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton (admitted *pro hac vice*)
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Marvel Characters, Inc.*