DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
MATTHEW KAISER (S.B. #304714)
mkaiser@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
*(additional counsel on page two)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>        Defendants. | Case No. 2:21-cv-07624-DMG-KES<br><br>**JOINT STIPULATION REGARDING DEPOSITION NOTICES AND DEPOSITION TESTIMONY**<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>        Counterclaimants,<br><br>    v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>        Counterclaim-Defendants. | |

1    ALLEN W. BURTON (admitted pro hac vice)
     aburton@omm.com
2    DANIELLE FEUER (S.B. #324174)
     dfeuer@omm.com
3    O'MELVENY & MYERS LLP
     Times Square Tower
4    7 Times Square
     New York, NY 10036
5    Telephone: (212) 326-2000
     Facsimile: (212) 326-2061
6
     KENDALL TURNER (S.B. #310269)
7    kendallturner@omm.com
     O'MELVENY & MYERS LLP
8    1625 I Street NW
     Washington, DC 20006
9    Telephone: (202) 383-5300
     Facsimile: (202) 383-5414
10
     *Attorneys for Plaintiff and Counterclaim-*
11   *Defendant Marvel Characters, Inc.*
     *(ctd.)*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **STIPULATION**

3      Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and

4  Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III

5  (collectively, the "Parties") stipulate as follows:

6      **WHEREAS**, four other actions are currently pending in the United States

7  District Courts for the Southern District of New York and the Eastern District of

8  New York:  *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK

9  (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.);

10 *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.)[1]; and

11 *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.) (together

12 with the above-captioned action, the "Pending Actions").

13     **WHEREAS**, the Parties previously stipulated (ECF No. 33), and this Court

14 so ordered (ECF No. 34), that any third-party subpoenas and related notices of

15 subpoena served in any of the Pending Actions, as well as the fruits thereof, be

16 deemed served, produced, and/or provided in all the Pending Actions.

17     **WHEREAS**, the Parties expect party and non-party witnesses alike to have

18 information relevant to the Pending Actions.

19     **WHEREAS**, the Parties agree that discovery in the Pending Actions should

20 be conducted in an efficient manner, so as to reduce the burden to the Parties and all

21 witnesses whose testimony may be solicited.

22     Based on the foregoing, **IT IS HEREBY STIPULATED** by and between

23 the Parties, through their respective counsel of record, subject to the Court's

24 approval, that:

25  ───────────────

26 [1] The Southern District of New York has consolidated the three cases in that
jurisdiction for all pretrial purposes.  *See* Order (ECF No. 38), *Marvel Characters,*

27 *Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 30), *Marvel*
*Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No.

28 36), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

1.    Any notice of deposition served in any of the Pending Actions shall be deemed served in each of the Pending Actions.

2.    All testimony provided in any of the Pending Actions in connection with any such deposition shall likewise be deemed provided in each of the Pending Actions.

JOINT STIPULATION

1

Dated: October 14, 2022                    **O'MELVENY & MYERS LLP**

2

3

By:      */s/ Daniel M. Petrocelli*

4                                        Daniel M. Petrocelli

5

Daniel M. Petrocelli

6                                        dpetrocelli@omm.com

Molly M. Lens

7                                        mlens@omm.com

Matthew Kaiser

8                                        mkaiser@omm.com

9                                        1999 Avenue of the Stars, 8th Floor

Los Angeles, California 90067

10                                       Telephone:  (310) 553-6700

11                                       Facsimile:  (310) 246-6779

12

Allen W. Burton (admitted *pro hac vice*)

13                                       aburton@omm.com

Danielle Feuer

14                                       dfeuer@omm.com

Times Square Tower

15                                       7 Times Square

New York, NY 10036

16                                       Telephone:  (212) 326-2000

17                                       Facsimile:  (212) 326-2061

18

19                                       Kendall Turner

kendallturner@omm.com

20                                       1625 Eye Street NW

Washington, DC 20006

21                                       Telephone:  (202) 383-5300

22                                       Facsimile:  (202) 383-5414

23

*Attorneys for Marvel Characters, Inc.*

24

25

26

27

28

- 5 -                              JOINT STIPULATION

1
2     Dated:  October 14, 2022

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TOBEROFF & ASSOCIATES, P.C.**

By:      */s/ Marc Toberoff*
              Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and*
*Buz Donato F. Rico III*

1

2       Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other

3  signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4  content and have authorized the filing.

5

6

7  Dated: October 14, 2022           **O'MELVENY & MYERS LLP**

8

9                        By:    */s/ Daniel M. Petrocelli*

10                           Daniel M. Petrocelli

11

12-28