1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  MATTHEW KAISER (S.B. #304714)
   mkaiser@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067
   Telephone:   (310) 553-6700
6  Facsimile:   (310) 246-6779

7  *Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*
8  *(additional counsel on page two)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No. 2:21-cv-07624-DMG-KES |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEPOSITION NOTICES AND DEPOSITION TESTIMONY** |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Defendants. | District Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

| | |
|---|---|
| 1 | ALLEN W. BURTON (admitted *pro hac vice*) |
| | aburton@omm.com |
| 2 | DANIELLE FEUER (S.B. #324174) |
| | dfeuer@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | Times Square Tower |
| 4 | 7 Times Square |
| | New York, NY 10036 |
| 5 | Telephone:   (212) 326-2000 |
| | Facsimile:    (212) 326-2061 |
| 6 | |
| 7 | KENDALL TURNER (S.B. #310269) |
| | kendallturner@omm.com |
| | O'MELVENY & MYERS LLP |
| 8 | 1625 I Street NW |
| | Washington, DC 20006 |
| 9 | Telephone:   (202) 383-5300 |
| | Facsimile:    (202) 383-5414 |
| 10 | |
| 11 | *Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. (ctd.)* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# **[PROPOSED] ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation for an order deeming any notice of deposition served in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and/or *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.), to have been properly served in the above-captioned action, and all testimony provided in connection with any such deposition to have been duly provided in the above-captioned action.

The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** that any notice of deposition served in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and/or *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.), shall be deemed have been properly served in the above-captioned action, and all testimony provided in connection with any such deposition shall be deemed to have been duly provided in the above-captioned action.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Karen E. Scott
United State Magistrate Judge