DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
MATTHEW KAISER (S.B. #304714)
mkaiser@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE** <br><br> District Judge: Hon. Dolly M. Gee <br> Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

**STIPULATION**

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (collectively, the "Parties") stipulate as follows:

**WHEREAS**, four other actions are currently pending in the United States District Courts for the Southern District of New York and the Eastern District of New York: *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.)[1]; and *Marvel Characters Inc. v. Solo et al.,* No. 1:21-cv-05316-DG-TAM (E.D.N.Y.) (together with the above-captioned action, the "Pending Actions").

**WHEREAS,** the Parties previously requested that parallel schedules be issued across the Pending Actions to facilitate, *inter alia*, discovery and other pre-trial matters to proceed efficiently.

**WHEREAS,** with certain limited exceptions, the Courts issued largely parallel schedules as jointly requested by the Parties.[2]

**WHEREAS**, the Parties included in their December 6, 2021 Joint Rule 26(f) Report and Discovery Plan—which the Court adopted in part on January 26, 2022—that the "parties agree either party, individually or collectively, may seek leave of the Court to change any of the above dates for good cause";[3]

---

[1] The Southern District of New York consolidated the three cases in that jurisdiction for all pretrial purposes. *See* Order (ECF No. 38), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 30), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No. 36), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

[2] *See* Order (ECF No. 31-1); Order (ECF No. 26), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); Jan. 26, 2022 Minute Order, *Marvel Characters Inc. v. Solo et al.*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.).

[3] *See* ECF No. 21.

1   **WHEREAS,** Judge Kaplan held a scheduling conference on October 3, 2022 for the S.D.N.Y. Cases and, during such conference, modified the scheduling orders for the S.D.N.Y. Cases such that (a) all discovery—including fact and expert discovery—shall now be completed on or before March 1, 2023; and (b) any motions for summary judgment shall now be served on or before April 7, 2023.

**WHEREAS,** at the parties' request, Judge Merkl issued an order for the E.D.N.Y. Case on October 28, 2022, which provides that (a) all discovery—including fact and expert discovery—shall now be completed on or before March 1, 2023, and (b) any motions for summary judgment shall now be served on or before April 7, 2023.

**WHEREAS,** the Parties respectfully request that this Court align the Parties' pre-trial submission deadlines with those set for the S.D.N.Y and E.D.N.Y. Cases to facilitate efficient discovery motion practice.

**WHEREAS,** re-alignment of the schedule for this case with the schedules in the S.D.N.Y. and E.D.N.Y. Cases will enable the parties, *inter alia*, to continue to depose party and non-party witnesses only once, with their testimony deemed provided in all the Pending Cases, as per the Court's orders.[4]

**WHEREAS,** given the parties' understanding that this Court asks that pre-trial submissions be submitted four weeks in advance of the Final Pre-Trial Conference, a short extension of the trial date is necessary.

**WHEREAS,** due to conflicting trial schedules and pre-existing commitments, the Parties respectfully request a trial date of October 17, 2023, which is only four months after the current trial date.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval that the following modifications be made to the schedule to align it with the schedule in the S.D.N.Y. and E.D.N.Y Cases:

---

[4] *See* ECF. No. 57.

1. The deadlines for 26(a)(2) disclosures with respect to expert witnesses and rebuttal expert witnesses are continued to January 20, 2023 and February 8, 2023, respectively.
2. The cut-off for all discovery (both fact & expert) is continued to March 1, 2023.
3. The motion filing cut-off is continued to April 7, 2023, and the last hearing date for dispositive motions is continued to May 12, 2023.
4. The deadline for filing motions in limine is continued to August 22, 2023 and the deadline for filing opposition to motions in limine is continued to September 5, 2023.
5. The deadline for filing Proposed Pre-Trial Conference Order, Contentions of Fact/Law, Pre-Trial Exhibit Stipulation, Joint Exhibit List, Witness Lists and Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions and Joint Statement of Disputed Instructions, and Verdict Forms is continued to September 5, 2023.
6. The Final Pre-Trial Conference is continued to September 19, 2023 (Tuesday) at 2:00 p.m.
7. Trial is continued to October 17, 2023 (Tuesday) at 8:30 a.m.

Dated: November 1, 2022

**O'MELVENY & MYERS LLP**

By: /s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen W. Burton (admitted *pro hac vice*)
aburton@omm.com
Danielle Feuer
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner
kendallturner@omm.com
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Marvel Characters, Inc.*

Dated: November 1, 2022

**TOBEROFF & ASSOCIATES, P.C.**

By: */s/ Marc Toberoff*
　　　　Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 1, 2022                    **O'MELVENY & MYERS LLP**

                                           By:    */s/ Daniel M. Petrocelli*
                                                  Daniel M. Petrocelli