# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marvel Characters, Inc., <br><br> PLAINTIFF(S) <br><br> v. <br><br> Michele Hart-Rico, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 21-7624-DMG (KESx) <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| November 1, 2022 | 58 | Stipulation |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The parties shall comply with Local Rule 5-4.4.2 by November 7, 2022. Failure to comply shall result in the stipulation [Doc. #85] being stricken.

Dated: November 4, 2022

By: *Dolly M. Gee*
Dolly M. Gee, U.S. District Judge