Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE** <br><br> District Judge: Hon. Dolly M. Gee <br> Magistrate Judge: Hon. Karen E. Scott |

# STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (collectively, the "Parties") stipulate as follows:

**WHEREAS**, four other actions are currently pending in the United States District Courts for the Southern District of New York and the Eastern District of New York: *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.)[1]; and *Marvel Characters Inc. v. Solo et al.,* No. 1:21-cv-05316-DG-TAM (E.D.N.Y.) (together with the above-captioned action, the "Pending Actions").

**WHEREAS,** the Parties previously requested that parallel schedules be issued across the Pending Actions to facilitate, *inter alia*, discovery and other pre-trial matters to proceed efficiently.

**WHEREAS,** with certain limited exceptions, the Courts issued largely parallel schedules as jointly requested by the Parties.[2]

**WHEREAS**, the Parties included in their December 6, 2021 Joint Rule 26(f) Report and Discovery Plan—which the Court adopted in part on January 26, 2022—that the "parties agree either party, individually or collectively, may seek leave of the Court to change any of the above dates for good cause";[3]

---

[1] The Southern District of New York consolidated the three cases in that jurisdiction for all pretrial purposes. *See* Order (ECF No. 38), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 30), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No. 36), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

[2] *See* Order (ECF No. 31-1); Order (ECF No. 26), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); Jan. 26, 2022 Minute Order, *Marvel Characters Inc. v. Solo et al.*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.).

[3] *See* ECF No. 21.

**WHEREAS**, the Parties have a third-party deposition scheduled in North Carolina on January 20, 2023, the present deadline for 26(a)(2) initial disclosures with respect to expert witnesses.

**WHEREAS**, the parties have met and conferred and, in light of the conflict on January 20 (and attendant travel for such out-of-town deposition), the parties respectfully request a one-week extension of the expert-related deadlines, which will not impact the larger schedule ordered by the Court.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval that the following modifications be made to the schedule:[4]

1. The deadlines for 26(a)(2) disclosures with respect to expert witnesses and rebuttal expert witnesses are continued from January 20 to January 27, 2023 and from February 8 to February 15, 2023, respectively.
2. The cut-off for expert depositions is continued from March 1 to March 8, 2023.
3. The other deadlines in the case, including the March 1, 2023 deadline for the close of fact discovery, remain unchanged.

---

[4] Concurrently with the submission of this Stipulation, the same modifications are being proposed in the other Pending Cases.

Dated: January 16, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By: _/s/ Marc Toberoff_
　　　　Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and
Buz Donato F. Rico III*

| | | |
|---|---|---|
| 1 | Dated: January 16, 2023 | **O'MELVENY & MYERS LLP** |
| 2 | | |
| 3 | | By: */s/ Daniel M. Petrocelli* |
| 4 | | Daniel M. Petrocelli |
| 5 | | Daniel M. Petrocelli |
| 6 | | dpetrocelli@omm.com |
| | | Molly M. Lens |
| 7 | | mlens@omm.com |
| 8 | | Matthew Kaiser |
| | | mkaiser@omm.com |
| 9 | | 1999 Avenue of the Stars, 8th Floor |
| 10 | | Los Angeles, California 90067 |
| | | Telephone: (310) 553-6700 |
| 11 | | Facsimile: (310) 246-6779 |
| 12 | | |
| | | Allen W. Burton (admitted *pro hac vice*) |
| 13 | | aburton@omm.com |
| 14 | | Danielle Feuer |
| | | dfeuer@omm.com |
| 15 | | Times Square Tower |
| 16 | | 7 Times Square |
| | | New York, NY 10036 |
| 17 | | Telephone: (212) 326-2000 |
| 18 | | Facsimile: (212) 326-2061 |
| 19 | | Kendall Turner |
| | | kendallturner@omm.com |
| 20 | | 1625 Eye Street NW |
| 21 | | Washington, DC 20006 |
| | | Telephone: (202) 383-5300 |
| 22 | | Facsimile: (202) 383-5414 |
| 23 | | |
| | | *Attorneys for Marvel Characters, Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 16, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By: */s/ Marc Toberoff*
Marc Toberoff