Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE** <br><br> District Judge: Hon. Dolly M. Gee <br> Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

# [PROPOSED] ORDER

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule, which will align with the schedule with the present or pending amended schedules in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.).

The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** the following modifications to the Scheduling Order (ECF 61):

| Matter | Court Ordered Date | Time |
|---|---|---|
| Jury Trial<br>Duration Estimate: 5 days | 10-17-2023<br>(Tuesday)<br>(unchanged) | 8:30 a.m. |
| Final Pre-Trial Conference<br>4 weeks before trial | 9-19-2023<br>(Tuesday)<br>(unchanged) | 2:00 p.m. |

| Matter | Court Ordered Date |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 4-8-2022<br>(unchanged) |
| Initial Expert Disclosure and Report Deadline | 1-27-2023 |
| Rebuttal Expert Disclosure and Report Deadline | 2-15-2023 |
| Fact Discovery Cut-Off | 3-1-2023<br>(unchanged) |
| Expert Discovery Cut-Off | 3-8-2023 |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 4-7-2023<br>(unchanged) |
| Settlement Conference Completion Date | 4-11-23<br>(unchanged) |
| Joint Status Report re: Settlement | 4-18-2023<br>(unchanged) |
| Motions in Limine Filing Deadline | 8-22-2023<br>(unchanged) |
| Opposition to Motions in Limine Filing Deadline | 9-5-2023<br>(unchanged) |
| Proposed Pretrial Conference Order | 9-5-2023<br>(unchanged) |
| Contentions of Fact/Law | 9-5-2023<br>(unchanged) |
| Pre-Trial Exhibit Stipulation | 9-5-2023<br>(unchanged) |

| Joint Witness List | 9-5-2023 (unchanged) |
|---|---|
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-5-2023 (unchanged) |
| Agreed Statement of the Case | 9-5-2023 (unchanged) |
| Proposed Voir Dire Questions | 9-5-2023 (unchanged) |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 9-5-2023 (unchanged) |
| Verdict Forms | 9-5-2023 (unchanged) |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Dolly M. Gee
United States District Judge