# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>    Defendants.<br><hr>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>    Counterclaimants,<br><br>    v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | Case No. CV 21-7624-DMG (KESx)<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE [62]** |

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule, which will align with the schedule with the present or pending amended schedules in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.).

Good cause appearing, the Court hereby **APPROVES** the Joint Stipulation and **ORDERS** the following modifications to the Scheduling Order (ECF 61):

| Matter | Court Ordered Date |
|---|---|
| Initial Expert Disclosure and Report Deadline | 1-27-2023 |
| Rebuttal Expert Disclosure and Report Deadline | 2-15-2023 |
| Expert Discovery Cut-Off | 3-8-2023 |

**IT IS SO ORDERED.**

DATED: January 19, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE