Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants,*
*Michele Hart-Rico and*
*Buz Donato F. Rico III*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>　　　　Defendants. <br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>　　　　Counterclaimants, <br><br>　　v. <br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br>　　　　Counterclaim-Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br>**JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE** <br><br>District Judge: Hon. Dolly M. Gee <br>Magistrate Judge: Hon. Karen E. Scott |

# STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (collectively, the "Parties") stipulate as follows:

**WHEREAS**, four other actions are currently pending in the United States District Courts for the Southern District of New York and the Eastern District of New York: *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.)[1]; and *Marvel Characters Inc. v. Solo et al.,* No. 1:21-cv-05316-DG-TAM (E.D.N.Y.) (together with the above-captioned action, the "Pending Actions").

**WHEREAS**, the Parties included in their December 6, 2021 Joint Rule 26(f) Report and Discovery Plan—which the Court adopted in part on January 26, 2022—that the "parties agree either party, individually or collectively, may seek leave of the Court to change any of the above dates for good cause";[2]

**WHEREAS**, the current motion cut-off date (filing deadline) is April 7, 2023;[3]

**WHEREAS**, the Parties all intend to file cross motions for summary judgment;

**WHEREAS**, Defendants-Counterclaimants' counsel, Marc Toberoff must undergo two important medical surgeries between today's date and April 7, 2023, which will severely limit his ability to work on Defendants-Counterclaimants' summary judgment motion due April 7, 2023;

---

[1] The Southern District of New York consolidated the three cases in that jurisdiction for all pretrial purposes. See Order (ECF No. 38), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 30), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No. 36), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

[2] *See* ECF No. 21.

[3] *See* ECF No. 61.

**WHEREAS**, Defendants-Counterclaimants have asked Marvel to agree to a four-week extension of the deadline to file motions for summary judgment in light of Mr. Toberoff's forthcoming medical surgeries;

**WHEREAS**, Defendants-Counterclaimants' requested four-week extension of the deadline for summary judgment motions will not impact any other scheduled dates in the case; and

**WHEREAS**, Marvel has advised Defendants-Counterclaimants that it agrees to the requested extension, subject to approval of the Court.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval that the following modifications be made to the schedule:

1. The motion filing cut-off is continued to May 5, 2023.[4]

---

[4] Concurrently with the submission of this Stipulation, similar stipulations are being filed in the other Pending Actions, such that, if granted, the summary judgment schedules across the Pending Actions will again align.

Dated: March 16, 2023

**O'MELVENY & MYERS LLP**

By:    /s/ *Daniel M. Petrocelli*
       Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Marvel Characters, Inc.*

Dated: March 16, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By:    /s/ *Marc Toberoff*
       Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 16, 2023        **TOBEROFF & ASSOCIATES, P.C.**

By:    */s/ Marc Toberoff*
        Marc Toberoff