# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>　　　　　Defendants. <br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>　　　　　Counterclaimants, <br><br>　　v. <br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br>　　　　　Counterclaim-Defendants. | Case No. CV 21-7624-DMG (KESx) <br><br>**ORDER APPROVING JOINT STIPULATION RE MODIFICATION OF SCHEDULE [64]** |

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule, which will align the schedule with the present or pending amended schedules in *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.); and *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.).

The Court hereby **APPROVES** the Joint Stipulation and **ORDERS** the following modifications to the Scheduling Order [Doc. # 61]:

| Matter | Court Ordered Date | Time |
| --- | --- | --- |
| Jury Trial<br>Duration Estimate: 5 days | 10-17-2023<br>(Tuesday)<br>(unchanged) | 8:30 a.m. |
| Final Pre-Trial Conference<br>4 weeks before trial | 9-19-2023<br>(Tuesday)<br>(unchanged) | 2:00 p.m. |

| Matter | Court Ordered Date |
| --- | --- |
| Motion Cut-Off (filing deadline) | 5-5-23 |
| Last hearing date for dispositive motions | 7-28-23 |
| Settlement Conference Completion Date | 4-11-23 (unchanged) |
| Joint Status Report re: Settlement | 4-18-2023 (unchanged) |
| Motions in Limine Filing Deadline | 8-22-2023 (unchanged) |
| Opposition to Motions in Limine Filing Deadline | 9-5-2023 (unchanged) |
| Proposed Pretrial Conference Order | 8-29-2023 (unchanged) |
| Contentions of Fact/Law | 8-29-2023 (unchanged) |
| Pre-Trial Exhibit Stipulation | 8-29-2023 (unchanged) |
| Joint Witness List | 8-29-2023 (unchanged) |
| Witness Lists & Joint Trial Witness Time Estimate Form | 8-29-2023 (unchanged) |
| Agreed Statement of the Case | 8-29-2023 (unchanged) |
| Proposed Voir Dire Questions | 8-29-2023 (unchanged) |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 8-29-2023 (unchanged) |

| Verdict Forms | 8-29-2023 (unchanged) |
|---|---|

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 31], except to the extent modified herein.

**IT IS SO ORDERED.**

DATED: March 20, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE