DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
MATTHEW KAISER (S.B. #304714)
mkaiser@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

ALLEN W. BURTON (admitted pro hac vice)
aburton@omm.com
DANIELLE FEUER (S.B. # 324174)
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

*Attorneys for Marvel Characters, Inc*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br> **JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE** <br><br> District Judge: Hon. Dolly M. Gee <br> Magistrate Judge: Hon. Karen E. Scott |

# STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III (collectively, the "Parties") stipulate as follows:

**WHEREAS**, for the above referenced case, the Court ordered that the motion cut-off, including for summary judgment motions, would be May 5, 2023;[1]

**WHEREAS**, the Parties intend to file cross-motions for summary judgment;

**WHEREAS**, Defendants-Counterclaimants' counsel, Marc Toberoff, is scheduled to undergo two important medical surgeries which will severely limit his ability to work on Defendants-Counterclaimants' summary judgment motions and Defendants-Counterclaimants' answering and reply papers;

**WHEREAS**, in light of Mr. Toberoff's forthcoming medical surgeries, Defendants-Counterclaimants have asked Marvel to agree to a two-week extension of the deadline to file motions for summary judgment;

**WHEREAS**, Marvel has advised Defendants-Counterclaimants that it agrees to the requested extension subject to approval of the Court;

**WHEREAS**, the Parties further agree to defer any motions regarding the right to a jury trial in the above-reference cases until after the Court has ruled on the Parties' cross-motions for summary judgment;

**WHEREAS**, these modifications will realign the schedule of this case with the related proceedings in the Southern District of New York, where the presiding court has approved of parallel stipulations between the parties thereto;[2]

---

[1] *See* March 20, 2023 Order (ECF No. 65).

[2] *See* May 1, 2023 Order (ECF No. 66), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); May 1, 2023 Order (ECF No. 61), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); May 1, 2023 Order (ECF No. 64), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

**WHEREAS**, these modifications will not meaningfully delay the overall progress of the case and may actually increase the efficient progression of the case.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The motion filing cut-off, including for summary judgment motions, shall be continued to May 19, 2023.
2. Any motion regarding entitlement to a jury trial will be litigated, if necessary, after the Court rules on the forthcoming cross-motions for summary judgment.

| | |
|---|---|
| Dated: May 1, 2023 | **O'MELVENY & MYERS LLP** |
| | By:   */s/ Daniel M. Petrocelli*<br>        Daniel M. Petrocelli |
| | Daniel M. Petrocelli<br>dpetrocelli@omm.com<br>Molly M. Lens<br>mlens@omm.com<br>Matthew Kaiser<br>mkaiser@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>Telephone:  (310) 553-6700<br>Facsimile:  (310) 246-6779 |
| | Allen W. Burton (admitted *pro hac vice*)<br>aburton@omm.com<br>Danielle Feuer<br>dfeuer@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  (212) 326-2000<br>Facsimile:  (212) 326-2061 |
| | *Attorneys for Marvel Characters, Inc.* |

Dated: May 1, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By: */s/ Marc Toberoff*
       Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 1, 2023                    **O'MELVENY & MYERS LLP**

                                       By:    */s/ Daniel M. Petrocelli*
                                              Daniel M. Petrocelli