1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-07624-DMG-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE**<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>　　　　　　Counterclaimants,<br><br>　v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>　　　　　　Counterclaim-Defendants. | |

# [PROPOSED] ORDER

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** the following modifications to the Scheduling Order (ECF 65):

| Matter | Court Ordered Date | Time |
|---|---|---|
| Jury Trial<br>Duration Estimate: 5 days | 10-17-2023<br>(Tuesday)<br>(unchanged) | 8:30 a.m. |
| Final Pre-Trial Conference<br>4 weeks before trial | 9-19-2023<br>(Tuesday)<br>(unchanged) | 2:00 p.m. |

| Matter | Court Ordered Date |
|---|---|
| Motion Cut-Off (filing deadline) (excluding motion to strike jury demand)[1] | 5-19-2023 |
| Last hearing date for dispositive motions | 7-28-2023 (unchanged) |
| Motions in Limine Filing Deadline | 8-22-2023 (unchanged) |
| Opposition to Motions in Limine Filing Deadline | 9-5-2023 (unchanged) |
| Proposed Pretrial Conference Order | 8-29-2023 (unchanged) |
| Contentions of Fact/Law | 8-29-2023 (unchanged) |
| Pre-Trial Exhibit Stipulation | 8-29-2023 (unchanged) |
| Joint Witness List | 8-29-2023 (unchanged) |
| Witness Lists & Joint Trial Witness Time Estimate Form | 8-29-2023 (unchanged) |
| Agreed Statement of the Case | 8-29-2023 (unchanged) |
| Proposed Voir Dire Questions | 8-29-2023 (unchanged) |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 8-29-2023 (unchanged) |
| Verdict Forms | 8-29-2023 (unchanged) |

---

[1] Any motion regarding entitlement to a jury trial will be litigated, if necessary, after the Court rules on the forthcoming cross motions for summary judgment.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Dolly M. Gee
United State District Judge