# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No. CV 21-7624-DMG (KESx) <br><br> **ORDER APPROVNG JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULE [66]** |

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **APPROVES** the Joint Stipulation and **ORDERS** the following modifications to the Scheduling Order [Doc. # 65]:

| Matter | Court Ordered Date | Time |
|---|---|---|
| Jury Trial<br>Duration Estimate: 5 days | 10-17-2023<br>(Tuesday)<br>(unchanged) | 8:30 a.m. |
| Final Pre-Trial Conference<br>4 weeks before trial | 9-19-2023<br>(Tuesday)<br>(unchanged) | 2:00 p.m. |

| Matter | Court Ordered Date |
|---|---|
| Motion Cut-Off (filing deadline) (excluding motion to strike jury demand)[1] | 5-19-2023 |
| Last hearing date for dispositive motions | 7-28-2023 (unchanged) |
| Motions in Limine Filing Deadline | 8-22-2023 (unchanged) |
| Opposition to Motions in Limine Filing Deadline | 9-5-2023 (unchanged) |
| Proposed Pretrial Conference Order | 8-29-2023 (unchanged) |
| Contentions of Fact/Law | 8-29-2023 (unchanged) |
| Pre-Trial Exhibit Stipulation | 8-29-2023 (unchanged) |
| Joint Witness List | 8-29-2023 (unchanged) |
| Witness Lists & Joint Trial Witness Time Estimate Form | 8-29-2023 (unchanged) |
| Agreed Statement of the Case | 8-29-2023 (unchanged) |
| Proposed Voir Dire Questions | 8-29-2023 (unchanged) |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 8-29-2023 (unchanged) |
| Verdict Forms | 8-29-2023 (unchanged) |

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 31], except to the extent modified herein.

**IT IS SO ORDERED.**

DATED: May 2, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Any motion regarding entitlement to a jury trial will be litigated, if necessary, after the Court rules on the forthcoming cross-motions for summary judgment.