1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  MATTHEW KAISER (S.B. #304714)
   mkaiser@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  ALLEN W. BURTON (admitted pro hac vice)
   aburton@omm.com
8  DANIELLE FEUER (S.B. # 324174)
   dfeuer@omm.com
9  Times Square Tower
   7 Times Square
10 New York, NY 10036
   Telephone:  (212) 326-2000
11 Facsimile:   (212) 326-2061

12 *Attorneys for Marvel Characters, Inc*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>　　　　Defendants. | Case No. 2:21-cv-07624-DMG-KES <br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br>District Judge: Hon. Dolly M. Gee <br>Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br>　　　　Counterclaimants, <br><br>　v. <br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br>　　　　Counterclaim-Defendants. | |

JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated:          May 18 , 2023          **O'MELVENY & MYERS LLP**

By: _____
         Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Allen W. Burton (admitted *pro hac vice*)
aburton@omm.com
Danielle Feuer
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

*Attorneys for Marvel Characters, Inc.*

Dated: May 19, 2023    **TOBEROFF & ASSOCIATES, P.C.**

By: _____
          Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Michele Hart-Rico and Buz Donato F. Rico III*

JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 9, 2023

**O'MELVENY & MYERS LLP**

By: _____
Daniel M. Petrocelli