1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>Defendants. | Case No. 2:21-cv-07624-DMG-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Karen E. Scott |
| MICHELE HART-RICO and BUZ DONATO F. RICO III,<br><br>Counterclaimants,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>Counterclaim-Defendants. | |

## [PROPOSED] ORDER

The Joint Stipulation for Dismissal with Prejudice, filed by Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III, on the other, is hereby **GRANTED**. This action and all claims, including all counterclaims, and defenses asserted therein, shall be **DISMISSED** with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Dolly M. Gee
United State District Judge