JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Defendants. | Case No. CV 21-7624-DMG (KESx) <br><br> **ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [68]** |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, <br><br> Counterclaimants, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

The Joint Stipulation for Dismissal with Prejudice, filed by Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendants and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III, on the other, is hereby APPROVED. The above-captioned action and all claims, including all counterclaims, and defenses asserted therein, are **DISMISSED** with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE