# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVEL CHARACTERS, INC., | Case No. CV 21-7624-DMG (KESx) |
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [68]** |
| v. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Defendants. | |
| MICHELE HART-RICO and BUZ DONATO F. RICO III, | |
| Counterclaimants, | |
| v. | |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, | |
| Counterclaim-Defendants. | |

1        The Joint Stipulation for Dismissal with Prejudice, filed by Plaintiff and

2   Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendants

3   and Counterclaimants Michele Hart-Rico and Buz Donato F. Rico III, on the other,

4   is hereby APPROVED.  The above-captioned action and all claims, including all

5   counterclaims, and defenses asserted therein, are **DISMISSED** with prejudice, with

6   each party bearing its own attorneys' fees, costs, and expenses.  All scheduled dates

7   and deadlines are VACATED.

8

9   **IT IS SO ORDERED.**

10

11   DATED:  June 12, 2023

12   DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -